MASIM

PHILIP
AMERI
MEDIZ

PHILIP
AMERI

MASIM

this Co

grounds



MORRI

Jack B
Julia H
1201 N
P.O. B
Wilmi
(302) 6
jblume
jheane

*Attorne*
*Masim*

OF COUNSEL:

Joseph R. Re
Jon W. Gurka
KNOBBE, MARTENS OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
(949) 760-9502

M. Laurence Popofsky
Robert A. Rosenfeld
Scott A. Westrich
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105
(415) 773-5700

August 7, 2009
3057160

**OF AUTHOR**
**(continued)**

**RULES**

2

- iii -

counsel fo



MASIMO CORPORA⬛

  Plaintiff⬛

 v.

PHILIPS ELECTRON⬛
AMERICA CORPOR⬛
MEDIZIN SYSTEME ⬛

  Defenda⬛

PHILIPS ELECTRON⬛
AMERICA CORPOR⬛

  Counter⬛

 v.

MASIMO CORPORA⬛

  Counter⬛

  Having ⬛

Philips' Antitrust Cou⬛

Corporation's response⬛

  IT IS O⬛



I he

the Clerk of the Co

I fu

August 7, 2009 up

Richard L. Horwit
David E. Moore, E
D. Fon Muttamara
POTTER ANDERSON
Hercules Plaza – 6
1313 North Marke
Wilmington, DE 1

Alan M. Grimaldi,
Brian A. Rosentha
HOWREY LLP
1299 Pennsylvania
Washington, DC 2