**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MASIMO CORPORATION, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:09-CV-00080-LPS-MPT |
| | ) |
| v. | ) **DEMAND FOR JURY TRIAL** |
| | ) |
| PHILIPS ELECTRONICS NORTH AMERICA CORPORATION and PHILIPS MEDIZIN SYSTEME BÖBLINGEN GMBH, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |
| AND RELATED COUNTERCLAIMS. | ) |
| | ) |

**<u>JOINT CLAIM CONSTRUCTION CHART</u>**

**TABLE OF CONTENTS**

**Page No.**

I.    MASIMO PATENTS ................................................................................................ 2

    A.    U.S. Patent No. 6,263,222 ........................................................................... 2

    B.    U.S. Patent No. 6,157,850 ........................................................................... 2

    C.    U.S. Patent No. 7,215,984 ........................................................................... 4

    D.    U.S. Patent Nos. 6,002,952 and 6,699,194 ................................................. 5

    E.    U.S. Patent No. 5,632,272 ......................................................................... 11

    F.    U.S. Patent No. 7,509,154 ......................................................................... 13

    G.    U.S. Patent No. 7,530,949 ......................................................................... 15

II.   PHILIPS PATENTS .............................................................................................. 17

    A.    U.S. Patent No. 5,170,786 ......................................................................... 17

    B.    U.S. Patent No. 5,337,745 ......................................................................... 18

    C.    U.S. Patent No. 5,448,991 ......................................................................... 20

    D.    U.S. Patent No. 5,820,550 ......................................................................... 22

    E.    U.S. Patent No. 6,122,535 ......................................................................... 24

    F.    U.S. Patent No. 6,725,074 ......................................................................... 26

III.  TERMS FOR CONSTRUCTION PURSUANT TO 35 U.S.C. § 112 ¶ 6 IN
      PHILIPS' PATENTS .............................................................................................. 29

    A.    U.S. Patent No. 5,170,786 ......................................................................... 29

    B.    U.S. Patent No. 5,448,991 ......................................................................... 31

    C.    U.S. Patent No. 5,820,550 ......................................................................... 35

IV.   STIPULATED CLAIM TERMS ............................................................................. 50

Pursuant to Paragraph 10 of the Scheduling Order (D.I. 104), the parties have met and conferred and jointly provide this Joint Claim Construction Chart identifying for the Court the terms and phrases of the claims in issue and each party's proposed construction of the disputed claim language with citations to the intrinsic evidence supporting the proposed construction.

The parties have stipulated to the construction of patent claim terms as indicated.  The parties jointly and respectfully request that, if the Court deems appropriate, the Court include the stipulated constructions in its claim construction order.  Alternatively, the parties agree that unless the Court determines that a different construction is appropriate, the parties agree to be bound by the stipulated constructions.

For claim terms where the parties have indicated that no construction is necessary, the parties reserve the right to propose an alternate claim construction to the Court during claim construction briefing.  Furthermore, the parties reserve the right to propose additional terms for construction as the case progresses.  The citations to intrinsic evidence are exemplary and each party reserves the right to rely upon the entirety of the intrinsic record to either support its claim constructions or oppose the other party's claim constructions.

## I.    MASIMO PATENTS

### A.    U.S. Patent No. 6,263,222

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| **signal processor** ('222 patent, claim 17) | No construction necessary.<br><br>**Supporting Intrinsic Evidence**<br>Exs. 29-30, *Mallinckrodt, Inc. v. Masimo Corp.*, 254 F. Supp. 2d 1140, 1151 (C.D. Cal. 2003), *aff'd in relevant part*, 147 F. App'x 158 (Fed. Cir. 2005). | A processing unit which determines either a secondary reference n´(t) or a primary reference s´(t) for use in a correlation canceler, such as an adaptive noise canceler.<br><br>**Supporting Intrinsic Evidence**<br>Ex. 1, '222 patent, Figs. 4A-B, 8;:56-4:14; 4:54-57;   5:30-6:8;   12:61-64;   13:36-44; 31:44-51. |

### B.    U.S. Patent No. 6,157,850

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| **analyzing . . . to determine a resulting indication that likely most closely correlates to the physiological parameter** (Masimo term, '850 patent, claim 1)<br><br>**analyzing said at least two possible indications to determine a resulting indication that likely most closely correlates to the physiological parameter** (Philips term, '850 patent, claim 1)<br><br>**analyzing said plurality of possible indications to determine a resulting indication that likely most closely correlates to the physiological parameter** | "analyzing . . . to determine a resulting indication that likely most closely correlates to the physiological parameter" means:<br><br>does not require that the resulting indicator need be one of the two calculation results. It can, for example, be an average of the two results. Additionally, the process of analyzing includes, but is not necessarily limited to studying, comparing, or breaking down<br><br>**Supporting Intrinsic Evidence**<br>Ex. 2, '850 patent, col. 46:25-48:27, FIGS. 17-19. | "analyzing said at least two possible indications to determine a resulting indication that likely most closely correlates to the physiological parameter" and "analyzing said plurality of possible indications to determine a resulting indication that likely most closely correlates to the physiological parameter" mean:<br><br>determining a resulting indication based solely on the likelihood that it is the closest of the possible indications to the actual value of the physiological parameter according to the disclosed signal model |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| (Philips term, '850 patent, claim 45) | Ex. 29-30, *Mallinckrodt, Inc. v. Masimo Corp.*, 254 F. Supp. 2d 1140, 1152 (C.D. Cal. 2003), *aff'd in relevant part*, 147 F. App'x 158 (Fed. Cir. 2005). | **Supporting Intrinsic Evidence**<br>Ex. 6, '272 patent, Figs. 5A-B; 3:16-19; 5:25-26; 5:36-40; 6:23-43; 6:50-67; 9:28-44; 11:26-54; 12:37-38; 15:18-19; 20:1-34; 23:28-32; 31:19-24; 31:41-43; 32:17-19; 32:39-49; 41:53-55; 43:8-15; 45:10-29; 46:10-12; 46:25-27; 51:32-55; 55:17; 53:57; 57:31-67.<br><br>Ex. 16, '850 Prosecution History, Sept. 22, 1999 Amendment at 2, 5-7.<br><br>Ex. 20, '272 Prosecution History, August 19, 1996 Amendment at 7. |
| **scan of a plurality of possible values for said physiological parameter** ('850 patent, claim 45) | No construction necessary. | examination of each possible value for the physiological parameter<br><br>**Supporting Intrinsic Evidence**<br>Ex. 6, '272 patent, Fig. 18; 5:53-55; 6:3-23; 6:59-57; 19:53-60; 20:24-34; 42:36-54; 43:1-3. |
| **indications** ('850 patent, claims 1, 45) | something that represents the physiological parameters. Such a representation can be in the form of a number, a word, a symbol, or any other marker with established meaning<br><br>**Supporting Intrinsic Evidence**<br>Ex. 2, '850 patent, col. 46:25-48:51, claim 2, FIGS. 17-19.<br><br>Ex. 16, '850 patent File History, MASP0466014-15. | No construction necessary. |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| | Ex. 29, *Mallinckrodt,* 254 F. Supp. 2d at 1152. | |

### C.   U.S. Patent No. 7,215,984

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| a. **first calculation technique** ('984 patent, claims 1, 53)<br><br>b. **second calculation technique different from the first calculation technique** ('984 patent, claims 1, 53)<br><br>c. **first and second calculation techniques . . . wherein the first calculation technique is different from the second calculation technique** ('984 patent, claim 52) | No construction necessary. | a. a first algorithm based on the disclosed signal model<br><br>b. a second algorithm (different from the first algorithm) based on the disclosed signal model<br><br>c. a first algorithm based on the disclosed signal model and a second algorithm (different from the first algorithm) based on the disclosed signal model<br><br>**Supporting Intrinsic Evidence**<br>Ex. 6, '272 patent, 3:16-19; 5:25-26; 5:36-40; 6:3-67; 9:28-44; 12:37-38; 15:18-19; 20:34; 41:53-55; 43:8-15; 45:10-29; 55:17; 53:57.<br><br>Ex. 20, '272 Prosecution History, August 19, 1996 Amendment at 7. |
| **ratio** ('984 patent, claims 1, 4, 20) | No construction necessary. If the Court deems claim construction to be necessary, then "ratios" means:<br><br>the relation of one thing to another. For example, the quotient of two mathematical | the quotient(s) computed by mathematically dividing a value of the intensity signal of light of a first wavelength by a value of the intensity signal of light of a second wavelength |

| | expressions<br><br>**Supporting Intrinsic Evidence**<br>Ex. 3, '984 patent, col. 42:41-60, 44:4-46:47, 52:13-31, FIGS. 17, 18, 23. | **Supporting Intrinsic Evidence**<br>Ex. 6, '272 patent, Figs. 4A-B, 22, 25B; 5:52 6:15-17; 9:28-44; 10:24-27; 12:34-35; 15:18-31; 18:10-65; 19:61-67; 20:9-10; 22:58-61; 41:25-44; 42:57-60; 43:66-44:18; 44:38-52; 45:11-29; 48:60-61; 51:8-12; 53:60-63; 55:46-47; 56:10-13; 56:41-49; 56:65-57:26.<br><br>Ex. 17, '984 Prosecution History, December 13, 2006 Amendment at 2. |
| **a.  qualify at least one of the first and second ratios as usable** ('984 patent, claim 20)<br><br>**b.  qualifying the value for inclusion, depending upon different conditions of the first and second intensity signals** ('984 patent, claim 52) | No construction necessary. | a.  qualify at least one of the first and second ratios based upon an attribute determined by measuring the signals<br><br>b.  qualifying the value based upon an attribute determined by measuring the signals<br><br>**Supporting Intrinsic Evidence**<br>Ex. 6, '272 patent, 41:64-42:2; 45:45-49; 46:24-60; 56:47-57:30. |

    **D.**    <u>U.S. Patent Nos. 6,002,952 and 6,699,194</u>

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| **center of mass** ('194 patent, claims 11, 14, 16) | No construction necessary. If the Court deems claim construction to be necessary, then "center of mass" means:<br><br>the balancing point<br><br>**Supporting Intrinsic Evidence**<br>Ex. 5, '194 patent, col. 14:64-15:5. | a threshold value g for ratio lines $R_N$ associated with the first N spectral peaks according to the following formula:<br><br>$$g = \frac{N}{\sum\limits_{i=0}^{N-1} \frac{1}{R_i}}$$<br><br>**Supporting Intrinsic Evidence**<br>Ex. 4, '952 patent, 14:62-15:15. |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| | | Ex. 19, '194 Prosecution History, July 11, 2002 Amendment, pp.1-6; Nov. 1, 2002 Amendment, pp.1-6; Sept. 16, 2003 Amendment, pp.2-10. |
| **classifying said three or more spectral peaks** ('194 patent, claim 3) | No construction necessary. | categorizing by matching the three or more spectral peaks to one of the idealized spectra shown by the plots 1600, 1610, 1620, 1630, or 1640 in Figs. 16A-C<br><br>**Supporting Intrinsic Evidence**<br>Ex. 4, '952 patent, Abstract; Figs. 3, 12, 15-16C, 18A-C; 3:8-4:28; 5:16-19; 12:21-62; 18:15-20:34.<br><br>Ex. 19, '194 Prosecution History, July 11, 2002 Amendment, pp.1-6; Nov. 1, 2002 Amendment, pp.1-6; March 6, 2003 Amendment, pp.7-8; Sept. 16, 2003 Amendment, pp.2-10. |
| **classifying said plurality of spectral peaks** ('194 patent, claims 4, 5) | No construction necessary. | categorizing by matching the plurality of spectral peaks to one of the idealized spectra shown by the plots 1600, 1610, 1620, 1630, or 1640 in Figs. 16A-C<br><br>**Supporting Intrinsic Evidence**<br>Same as supporting intrinsic evidence listed above for "classifying said three or more spectral peaks" |
| **classify spectral lines in said spectral-domain dataset** ('194 patent, claim 8) | No construction necessary. | categorize by matching spectral lines in the spectral-domain dataset to one of the idealized spectra shown by the plots 1600, |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| | | 1610, 1620, 1630, or 1640 in Figs. 16A-C<br><br>**Supporting Intrinsic Evidence**<br>Same as supporting intrinsic evidence listed above for "classifying said three or more spectral peaks" |
| **classify one or more spectral values obtained from a ratio of said first spectral domain waveform and said second spectral domain waveform** ('194 patent, claim 10) | No construction necessary. | categorize by matching one or more spectral values obtained from a ratio of the first spectral domain waveform and the second spectral domain waveform to one of the idealized spectra shown by the plots 1600, 1610, 1620, 1630, or 1640 in Figs. 16A-C<br><br>**Supporting Intrinsic Evidence**<br>Same as supporting intrinsic evidence listed above for "classifying said three or more spectral peaks" |
| **classifying one or more spectral values obtained from said spectral domain waveform** ('194 patent, claim 14) | No construction necessary. | categorizing by matching one or more spectral values obtained from the spectral domain waveform to one of the idealized spectra shown by the plots 1600, 1610, 1620, 1630, or 1640 in Figs. 16A-C<br><br>**Supporting Intrinsic Evidence**<br>Same as supporting intrinsic evidence listed above for "classifying said three or more spectral peaks" |
| **classify spectral data from said first spectral-domain representation and said second spectral-domain representation at least in part according to a ratio of at least a portion of said first spectral-domain** | No construction necessary. | categorize by matching spectral data from the first spectral-domain representation and the second spectral-domain representation at least in part according to a ratio of at least a portion of the first spectral-domain |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| **representation and at least a portion of said second spectral-domain representation** ('194 patent, claims 16, 17) | | representation and at least a portion of the second spectral-domain representation to one of the idealized spectra shown by the plots 1600, 1610, 1620, 1630, or 1640 in Figs. 16A-C<br><br>**Supporting Intrinsic Evidence**<br>Same as supporting intrinsic evidence listed above for "classifying said three or more spectral peaks" |
| **ratios** ('194 patent, claims 4, 5, 6)<br><br>**a ratio** ('194 patent, claims 10, 16, 17) | No construction necessary. If the Court deems claim construction to be necessary, then see construction for "ratios" in the '984 patent.<br><br>**Supporting Intrinsic Evidence**<br>Ex. 5, '194 patent, col. 4:52-56, 11:27-31, 13:3-31, 14:39-44, 14:64-15:38, 16:27-42, 22:1-25, 23:15-23, FIG. 13. | the quotient(s) computed by mathematically dividing a value of the intensity signal of light of a first wavelength by a value of the intensity signal of light of a second wavelength<br><br>**Supporting Intrinsic Evidence**<br>Ex. 4, '952 patent, Figs. 7-9, 11, 13; 3:35-45 4:51-56; 11:24-40; 11:66-12:19; 12:63-13:26; 13:27-14:13; 14:34-15:36; 16:26-63; 22:66-23:10.<br><br>Ex. 19, '194 Prosecution History, July 11, 2002 Amendment, pp.1-6; Nov. 1, 2002 Amendment, pp.1-6; Sept. 16, 2003 Amendment, pp.2-10. |
| **one or more rules** ('194 patent, claims 1, 2, 6, 8, 15, 19, 20, 21, 22)<br><br>**a plurality of rules** ('952 patent, claims 1, 3) | No construction necessary. If the Court deems claim construction to be necessary, then these phrases mean:<br><br>guidelines | a defined set of mathematical and logical steps that includes comparing the relative magnitudes of up to the three largest spectral peaks according to their amplitudes and frequencies in order to match the peaks to one of the idealized spectra shown by the |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| | **Supporting Intrinsic Evidence**<br>Ex. 5, '194 patent, col. 3:58-60, 5:16-19, 5:24-25, 6:44-48, 16:33-35, 17:10-19, 17:47-53, 19:15-20:42, 22:20-25, FIGS. 14C, 16, 18.<br><br>Ex. 4, '952 patent, col. 3:54-56, 5:16-19, 5:24-25, 6:45-49, 16:29-34, 17:7-15, 17:43-50, 19:8-20:29, 22:12-15, FIGS. 14C, 16, 18. | plots 1600, 1610, 1620, 1630, or 1640 in Figs. 16A-C<br><br>**Supporting Intrinsic Evidence**<br>Ex. 4, '952 patent, Abstract; Figs. 3, 12, 18A-C; 3:8-4:28; 12:21-37; 15:37-17:6; 18:15-20:34.<br><br>Ex. 19, '194 Prosecution History, July 11, 2002 Amendment, pp.1-6; Nov. 1, 2002 Amendment, pp.1-6; March 6, 2003 Amendment, pp.7-8; Sept. 16, 2003 Amendment, pp.2-10.<br><br>Ex. 18, '952 Prosecution History, October 13, 1998 Amendment; October 28, 1998 Notice of Allowability. |
| **spectral lines** ('194 patent, claims 8, 15)<br><br>**spectral values** ('194 patent, claims 8, 10, 14) | See the agreed-upon construction for "spectral," below. Otherwise, no construction necessary.<br><br>**Supporting Intrinsic Evidence**<br>Ex. 5, '194 patent, col. 12:66-13:31, 13:43-56, 15:28-38, 17:20-46, 18:28-19:14, 19:30-37, 19:46-64, 20: 5-40, 21:4-32, 21:46-56. | magnitudes at specific frequencies<br><br>**Supporting Intrinsic Evidence**<br>Ex. 4, '952 patent, Abstract; Figs. 3, 12; 3:8-4:28; 12:21-37; 12:47-13:56; 14:54-15:15; 15:37-16:34; 17:7-20:34.<br><br>Ex. 19, '194 Prosecution History,, July 11, 2002 Amendment, pp.1-6; Nov. 1, 2002 Amendment, pp.1-6; March 6, 2003 Amendment, pp.7-8; Sept. 16, 2003 Amendment, pp.2-10. |
| **spectral domain, spectral-domain** ('194 patent, claims 1, 3, 4, 5, 8, 10, 14, 15, 16, 17; '952 patent, claims 1, 3) | function of frequency<br><br>**Supporting Intrinsic Evidence** | No construction necessary. |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| | Ex. 5, '194 patent, col. 3:39-44, 3:55-60, 4:29-33, 4:63-64, 5:4-19, 12:50-65, 15:60-16:35, 20:45-52, 21:20-46, 22:28-22, FIGS. 11, 14A, 14B, 14C, 15, 16.<br><br>Ex. 4, '952 patent, col. 3:34-40, 3:50-56, 4:63-64, 5:4-19, 12:47-62, 15:58-16:32, 20:40-44, 21:11-37, 22:8-10, FIGS. 11, 14A, 14B, 14C, 15, 16. | |
| **spectral-domain dataset** ('194 patent, claims 1, 8)<br><br>**spectral domain waveform** ('194 patent, claim 3, 4, 5, 10, 14; '952 patent, claims 1, 3)<br><br>**spectral-domain representation** ('194 patent, claim 15, 16, 17) | See construction for "spectral domain," above. Otherwise, no construction necessary. If the Court deems claim construction to be necessary, then:<br><br>dataset as a function of frequency<br><br>waveform as a function of frequency<br><br>representation as a function of frequency<br><br>**Supporting Intrinsic Evidence**<br>Ex. 5, '194 patent, col. 3:39-44, 3:55-60, 4:29-33, 4:63-64, 5:4-19, 12:50-65, 15:60-16:35, 16:27-35, 20:45-52, 21:20-46, 22:28-22, FIGS. 11, 14A, 14B, 14C, 15, 16.<br><br>Ex. 4, '952 patent, col. 3:34-40, 3:50-56, 4:63-64, 5:4-19, 12:47-62, 15:58-16:32, 20:40-44, 21:11-37, 22:8-10, FIGS. 11, 14A, 14C, 15, 16. | representation of the frequency components of a signal that has been scrubbed by applying a motion artifact removal process to obtain a signal that that is ideally cleaner (e.g., has a better signal to noise ratio)<br><br>**Supporting Intrinsic Evidence**<br>Ex. 4, '952 patent, Abstract; Figs. 3, 12; 3:8-4:28; 12:21-37; 12:47-13:56; 14:54-15:15; 15:37-16:34; 17:7-20:34.<br><br>Ex. 19, '194 Prosecution History,, July 11, 2002 Amendment, pp.1-6; Nov. 1, 2002 Amendment, pp.1-6; March 6, 2003 Amendment, pp.7-8; Sept. 16, 2003 Amendment, pp.2-10. |

E.    **U.S. Patent No. 5,632,272**

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| **signal model** ('272 patent, claims 9, 14) | the relationship between two signals which follows certain conditions<br><br>**Supporting Intrinsic Evidence**<br>Ex. 6, '272 patent, col. 1:30-34, 3:20-30, 5:35-52, 6:3-17, 9:28-44, 50:32-51:8, 55:15-27, 64:10-54. | The signal model defined by:<br>$S_1 = s_1 + n_1$<br>$S_2 = s_2 + n_2$<br>with $s_1 = (r_a)(s_2)$<br>and $n_1 = (r_v)(n_2)$<br>or $r_a = (s_1)/(s_2)$<br>and $r_v = (n_1)/(n_2)$<br>where $s_1$ and $n_1$ are at least somewhat (preferably substantially) uncorrelated and $s_2$ and $n_2$ are at least somewhat (preferably substantially) uncorrelated. The first and second measured signals $S_1$ and $S_2$ are related by correlation coefficients $r_a$ and $r_v$ as defined above.<br><br>**Supporting Intrinsic Evidence**<br>Ex. 6, '272 patent, 3:16-19; 5:25-26; 5:36-40; 6:50-58; 9:28-44; 12:37-38; 15:18-19; 20:34; 41:53-55; 43:8-15; 45:10-29; 55:17; 53:57.<br><br>Ex. 20, '272 Prosecution History, August 19, 1996 Amendment at 7. |
| **comparing said first and second transformed series of points to obtain a third series of comparison values having a magnitude component and at least a frequency component** ('272 patent, claim 9) | relating one or more points in a first series with point(s) in a second series to obtain a set of comparison values having a magnitude component and at least a frequency component<br><br>**Supporting Intrinsic Evidence**<br>Ex. 6, '272 patent, col. 50:64-51:31, 56:47- | calculating point-by-point comparisons of the first and second transformed signals<br><br>**Supporting Intrinsic Evidence**<br>Ex. 6, '272 patent, Figs. 4A-B, 22, 25B; 5:52 6:15-17; 9:28-44; 10:24-27; 12:34-35; 15:18-31; 18:10-65; 19:61-67; 20:9-10; 22:58-61; 41:25-44; 42:57-60; 43:66-44:18; 44:38-52; |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| | 57:30, claim 10, FIGS. 23, 25B. | 45:11-29;   48:60-61;   51:8-12;   53:60-63; 55:46-47; 56:10-13; 56:41-49; 56:65-57:26.<br><br>Ex. 20, '272 Prosecution History, August 19, 1996 Amendment at 4, 7. |
| **series of ratios of magnitudes with respect to frequency of ones of said first transformed series of points to ones of said second transformed series of points** ('272 patent, claim 14) | No construction necessary. If the Court deems claim construction to be necessary, then "transformed" means:<br><br>converted<br><br>**Supporting Intrinsic Evidence**<br>Ex. 6, '272 patent, col. 50:64-51:31, 55:15-27, 56:15-20, 56:47-57:30, FIGS. 23, 25B. | point-by-point ratios of the first and second transformed signals<br><br>**Supporting Intrinsic Evidence**<br>Ex. 6, '272 patent, Figs. 4A-B, 22, 25B; 5:52; 6:15-17; 9:28-44; 10:24-27; 12:34-35; 15:18-31;  18:10-65;  19:61-67;  20:9-10;  22:58-61; 41:25-44;  42:57-60;  43:66-44:18;  44:38-52; 45:11-29;   48:60-61;   51:8-12;   53:60-63; 55:46-47; 56:10-13; 56:41-49; 56:65-57:26.<br><br>Ex. 20, '272 Prosecution History, August 19, 1996 Amendment at 4, 7. |
| **ratios** ('272 patent, claims 14, 15, 16) | No construction necessary. If the Court deems claim construction to be necessary, then see construction for "ratios" in the '984 patent. | the quotient(s) computed by mathematically dividing a value of the intensity signal of light of a first wavelength by a value of the intensity signal of light of a second wavelength<br><br>**Supporting Intrinsic Evidence**<br>Ex. 6, '272 patent, Figs. 4A-B, 22, 25B; 5:52; 6:15-17; 9:28-44; 10:24-27; 12:34-35; 15:18-31;  18:10-65;  19:61-67;  20:9-10;  22:58-61; 41:25-44;  42:57-60;  43:66-44:18;  44:38-52; 45:11-29;   48:60-61;   51:8-12;   53:60-63; 55:46-47; 56:10-13; 56:41-49; 56:65-57:26. |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| | | Ex. 20, '272 Prosecution History, August 19, 1996 Amendment at 4, 7. |

### F.    U.S. Patent No. 7,509,154

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| **transforming the first and second signals into the frequency domain** ('154 patent, claims 1)<br><br>**transforming first and second signals into the frequency domain** ('154 patent, claim 9) | converting the first and second signals into representations of the signals as a function of frequency<br><br>**Supporting Intrinsic Evidence**<br>Ex. 7, '154 patent, col. 55:25-56:47, FIGS. 25A-25B. | No construction necessary. |
| **analysis to determine which of the plurality of possible oxygen saturation values corresponds to the oxygen saturation of the pulsing blood** ('154 patent, claims 1, 9) | No construction necessary. | determination of a resulting oxygen saturation value based solely on the likelihood that it is the closest of the possible oxygen saturation values to the actual oxygen saturation of the pulsing blood according to the disclosed signal model<br><br>**Supporting Intrinsic Evidence**<br>Ex. 6, '272 patent, Figs. 5A-B, 22; 3:16-19; 5:25-26; 5:36-40; 6:23-43; 6:50-67; 9:28-44; 11:26-54;   12:37-38;   15:18-19;   20:1-34; 23:28-32;   31:19-24;   31:41-43;   32:17-19; 32:39-49;   41:53-55;   43:8-15;   45:10-29; 46:10-12; 46:25-27; 51:32-55; 55:17; 53:57; 57:31-67.<br><br>Ex. 21, '154 Prosecution History, Sept. 18, 2008 Amendment at 3, 4, 8. |

| | | Ex. 16, '850 Prosecution History, Sept. 22, 1999 Amendment at 2, 5-7.<br><br>Ex. 20, '272 Prosecution History, August 19, 1996 Amendment at 7. |
|---|---|---|
| **calculating a plurality of ratios of values of the transformed first signal to corresponding values of the transformed second signal** ('154 patent, claims 4, 12) | No construction necessary. | calculating point-by-point ratios of the transformed first and second signals<br><br>**Supporting Intrinsic Evidence**<br>Ex. 6, '272 patent, Figs. 4A-B, 22, 25B; 5:52; 6:15-17; 9:28-44; 10:24-27; 12:34-35; 15:18-31; 18:10-65; 19:61-67; 20:9-10; 22:58-61; 41:25-44; 42:57-60; 43:66-44:18; 44:38-52; 45:11-29; 48:60-61; 51:8-12; 53:60-63; 55:46-47; 56:10-13; 56:41-49; 56:65-57:26.<br><br>Ex. 20, '272 Prosecution History, August 19, 1996 Amendment at 4, 7. |
| **ratios** ('154 patent, claims 4, 12) | No construction necessary. If the Court deems claim construction to be necessary, then see construction for "ratios" in the '984 patent. | the quotient(s) computed by mathematically dividing a value of the intensity signal of light of a first wavelength by a value of the intensity signal of light of a second wavelength<br><br>**Supporting Intrinsic Evidence**<br>Ex. 6, '272 patent, Figs. 4A-B, 22, 25B; 5:52; 6:15-17; 9:28-44; 10:24-27; 12:34-35; 15:18-31; 18:10-65; 19:61-67; 20:9-10; 22:58-61; 41:25-44; 42:57-60; 43:66-44:18; 44:38-52; 45:11-29; 48:60-61; 51:8-12; 53:60-63; 55:46-47; 56:10-13; 56:41-49; 56:65-57:26.<br><br>Ex. 17, '984 Prosecution History, December |

|  |  | 13, 2006 Amendment at 2. |
|---|---|---|

## G.    U.S. Patent No. 7,530,949

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| **docking station also configured to mate with the portable physiological measurement device** (Masimo term, '949 patent, claims 1, 8)<br><br>**docking station is configured to mate with the portable measurement apparatus** (Masimo term, '949 patent, claim 5)<br><br>**docking station** (Philips term, '949 patent, claims 1, 5, 8) | "docking station also configured to mate with the portable physiological measurement device" and<br><br>"docking station is configured to mate with the portable measurement apparatus" means:<br><br>an apparatus that mechanically accepts and removably retains a portable physiological measurement device<br><br>**Supporting Intrinsic Evidence**<br>Ex. 8, '949 patent, col. 3:57-4:1, 9:11-17, 15:28-35. | "docking station" means:<br><br>a singular device physically distinct from both the portable device and the patient monitoring system that is capable of becoming physically and electrically connected to a patient monitoring system and to a portable device<br><br>**Supporting Intrinsic Evidence**<br>Ex. 8, '949 patent, Abstract; Figs. 6, 12A, 12B, 13, 19, 20, 22; 3:57-60; 4:23-29; 4:44-48; 4:61-63; 5:3-4; 5:10-14; 5:26-28; 5:33-34; 9:41-56; 10:1-10; 12:63-13:7; 13:29-39; 14:1-15:14; 15:56-57; 16:1-17:14; 20:35-21:31; 21:49-22:20. |
| **patient monitoring system** ('949 patent, claims 1, 2, 3, 5, 8, 11, 13) | No construction necessary. | a system having a visual display and a processor that measures, calculates, and displays multiple physiological parameters<br><br>**Supporting Intrinsic Evidence**<br>Ex. 8, '949 patent, Figs. 2, 18, 20, 22; 4:53-55; 5:28-30; 5:33-34; 5:66-6:14; 21:17-31; 22:2-20. |
| **docking station processor** ('949 patent, claims 1, 2, 5, 8) | No construction necessary. | a processor that orchestrates the activity on the docking station, including providing the waveform generator with physiological parameters and providing functionality not |

| | | |
|---|---|---|
| | | present in the portable device to determine additional physiological measurements, and calculates physiological parameters usable by the patient monitoring system<br><br>**Supporting Intrinsic Evidence**<br>Ex. 8, '949 patent, Fig. 9; 9:26-56; 12:63 - 13:67; 14:60-15:2; 16:49-17:14. |
| **generates an output usable by a second patient monitoring system** ('949 patent, claims 2, 11) | No construction necessary. | Synthesizing a waveform that a second patient monitoring system can process to calculate the determined values of one or more physiological parameter<br><br>**Supporting Intrinsic Evidence**<br>Ex. 8, '949 patent, Fig. 9; 5:3-4; 12:63 - 13:67; 14:60-15:2; 16:49-17:14. |
| **measurement data unavailable to said standalone apparatus** ('949 patent, claim 5). | No construction necessary. | This element is indefinite. To the extent it can be understood, it should be construed to mean:<br><br>Measurement data not available either to the docking station or to the portable measurement apparatus<br><br>**Supporting Intrinsic Evidence**<br>Ex. 8, '949 patent, 12:63 -13:67; 14:60-15:2; 16:49-17:14; 23:4-32. |

## II.    PHILIPS PATENTS

### A.    U.S. Patent No. 5,170,786

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| **having an energy-transparent face with a surrounding flange** (Masimo term, '786 patent, claims 1, 10)<br><br>**flange** (Philips term, '786 patent, claims 1, 10) | "having an energy-transparent face with a surrounding flange" means:<br><br>a rim or edge surrounding the energy-transparent face to which the flexible strip attaches<br><br>**Supporting Intrinsic Evidence**<br>Ex. 9, '786 patent, col. 3:64-4:4, 4:28-38, 4:66-5:5, FIGS. 1a, 2, 5, 6, 7, 9-13, 15-18.<br><br>Ex. 23, '786 patent File History, MASP0021747-51, MASP0021763-68, MASP0021773-74.<br><br>Ex. 35, U.S. Patent Application 07/589,349 File History, MASP0563304-90.<br><br>Ex. 36, U.S. Patent No. 4,865,038 (Rich), col. 2:48-4:40, FIGS. 2-3. | "flange" means: rim or edge.  Otherwise, no construction necessary.<br><br>**Supporting Intrinsic Evidence**<br>Ex. 9, '786 patent, col. 1:62-2:12; 3:64-4:12; 4:28-56; 4:57-5:16; 5:55-6:7; 6:37-57; 7:27-8:4; Figs. 1A, 2-4, 6, 16-18. |
| **ear-shaped member** ('786 patent, claim 10) | a flat object with a partially rounded perimeter that is concave on one edge and convex on the opposing edge<br><br>**Supporting Intrinsic Evidence**<br>Ex. 9, '786 patent, col. 7:47-8:2, FIGS. 16-18. | No construction necessary. |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| | Ex. 23, '786 patent File History, MASP0021747-51, MASP0021763-68, MASP0021773-74.<br><br>Ex. 35, U.S. Patent Application 07/589,349 File History, MASP0563304-90. | |

**B.  U.S. Patent No. 5,337,745**

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| **pulsatile feature** ('745 patent, claims 1, 3, 5, 8, 10, 12, 14, 17, 19, 20) | average peak value of the detected intensity<br><br>**Supporting Intrinsic Evidence**<br>Ex. 10, '745 patent, col. 5:3-26.<br><br>Ex. 24, '745 patent File History, PHIL02840098; PHIL02840112-3; PHIL02840145-153; PHIL02840176-80.<br><br>U.S. Patent Nos.: Ex. 37, 5,183,042 (Harjunmaa), col. 2:48-3:26; Ex. 38, 5,078,136 (Stone), col. 5:20-30; Ex. 39, 4,281,645 (Jobsis), col. 15:31-54. | Changes in signal intensity which occur with each heartbeat<br><br>**Supporting Intrinsic Evidence**<br>Ex. 10, '745 patent, Abstract; col. 3:1-8; 3:64-4:8; 4:59-5-26; 6:17-25; Fig. 2a; Fig. 2b; Fig. 2c; Fig. 2d.<br><br>Ex. 24, '745 Prosecution History, Feb. 9, 1993 Amendment, at 7-14 (PHIL02840145-152).<br><br>Ex. 24, '745 Prosecution History, Nov. 12, 1993 Preliminary Amendment, at 8-10 (PHIL02840176-78). |
| **concentration** ('745 patent, claims 1, 5, 6, 7, 8, 10 17, 19, 20) | the actual measured quantity of a dissolved substance relative to the actual measured quantity of the substance in which it is dissolved as opposed to a determination based on a unitless ratio | The quantity of an absorptive substantive in the blood relative to the quantity or volume of water within the blood<br><br>**Supporting Intrinsic Evidence** |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| | **Supporting Intrinsic Evidence**<br>Ex. 10, '745 patent, col. 2:37-47.<br><br>Ex. 24, '745 patent File History, PHIL02840145-153. | Ex. 10, '745 patent, Abstract; col. 1:10-18; 3:1-13; 4:3-25; 5:18-6:30; 6:54-60; Figs. 1, 3.<br><br>Ex. 24, '745 Prosecution History, Mar. 10, 1992 Information Disclosure Statement, at 1-2 (PHIL02840115-116).<br><br>Ex. 24, '745 Prosecution History, Feb. 9, 1993 Amendment Remarks, at 7-14 (PHIL02840145-152).<br><br>Ex. 24, '745 Prosecution History, Nov. 12, 1993 Preliminary Amendment, at 8-10 (PHIL02840176-78). |
| **emitting first and second wavelengths of light** ('745 patent, claim 10)<br><br>**transmitting first and second wavelengths of light** ('745 patent, claim 17)<br><br>**transmitting a plurality of wavelengths of light** ('745 patent, claim 19) | first and second wavelengths are emitted simultaneously in a nonalternating manner<br><br>**Supporting Intrinsic Evidence**<br>Ex. 10, '745 patent, col. 3:50-64.<br><br>Ex. 24, '745 patent File History, PHIL02840098; PHIL02840112-3; PHIL02840145-153; PHIL02840176-80. | No construction necessary. |
| **filtering constant intensity components from said first and second detected intensities** ('745 patent, claim 11) | removing the unchanging components from the analog signal that represents the first and second detected intensities so that only changing components remain<br><br>**Supporting Intrinsic Evidence**<br>Ex. 10, '745 patent, col. 3:50-64. | Removing the DC component (*i.e.*, the invariant or slowly-varying light signal) from the first and second intensities<br><br>**Supporting Intrinsic Evidence**<br>Ex. 10, '745 Patent, Abstract; 3:50-4:2; 4:59-5:26; Figs. 1, 3. |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| | Ex. 24, '745 patent File History, PHIL02840098; PHIL02840112-3. | |

C. **U.S. Patent No. 5,448,991**

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| **reference signal having a fixed level** (Masimo term, claims 1, 3)<br><br>**reference signal having a fixed level during an oxygen saturation monitoring interval** (Philips term, claims 1, 3) | "reference signal having a fixed level" means:<br><br>permanently set voltage without using gain compensation (i.e. feedback control circuitry) of any sort.<br><br>Otherwise no construction necessary.<br><br>**Supporting Intrinsic Evidence**<br>Ex. 11, '991 patent, col. 3:1-56, 5:30-58, 6:35-41, FIG. 1.<br><br>Ex. 25, '991 patent File History, MASP0022068-72, MASP0022087-99, MASP0022120-23, MASP0022156-57.<br><br>Ex. 40, U.S. Patent No. 5,190,038 File History, MASP0021923-27, MASP0021942-45, MASP0021959-81, MASP0021984-93, MASP0022003-07.<br><br>U.S. Patent Nos.: Ex. 41, 4,928,692 (Goodman), col. 7:40-51, 8:39-54, 11:1-23, 20:14-33, FIG. 1; Ex. 42, 4,773,422 | "having a fixed level during an oxygen saturation monitoring interval" means:<br><br>a signal produced by a reference voltage that is not subject to variation over the entire period during which the oxygen saturation level is computed<br><br>**Supporting Intrinsic Evidence**<br>Ex. 11, '991 patent, col. 1:18-22; 5:10-6:57; 9-38:10:2; Figs. 1, 6.<br><br>Ex. 25, '991 Prosecution History, Mar. 7, 1994 Information Disclosure Statement (MASP0022124-29).<br><br>Ex. 40, Application No. 07/420,612 Prosecution History, April 4, 1991 Amendment, at 14-22 (MASP0021973-981). |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| | (Isaacson), col. 4:38-64. | |
| **having a dynamic range extending from at least said expected minimum signal magnitude to at least said expected maximum signal magnitude** ('991 patent, claim 1) | having an operational range sufficient to accommodate the minimum to the maximum signal levels possible from a sensor without compensation of any kind<br><br>**Supporting Intrinsic Evidence**<br>Ex. 11, '991 patent, col. 3:1-56, 5:30-58, 6:35-41, FIG. 1.<br><br>Ex. 25, '991 patent File History, MASP0022068-72, MASP0022087-99, MASP0022120-23, MASP0022156-57.<br><br>Ex. 40, U.S. Patent No. 5,190,038 File History, MASP0021923-27, MASP0021942-45, MASP0021959-81, MASP0021984-93, MASP0022003-07.<br><br>U.S. Patent Nos.: Ex. 41, 4,928,692 (Goodman), col. 9:35-63; Ex. 42, 4,773,442 (Isaacson), col. 4:38-56. | having a dynamic range sufficient to accommodate the entire input signal without compensation of any kind extending from an expected minimum signal magnitude to an expected maximum signal magnitude during an oxygen saturation monitoring interval.<br><br>**Supporting Intrinsic Evidence**<br>Ex. 11, Abstract; col. 7:57-8:36; 14:34-41; Fig. 1.<br><br>Ex. 40, Application No. 07/420,612 Prosecution History, April 4, 1991 Amendment, at 14-22 (MASP0021973-981). |
| **a pulsation** (Masimo term, '991 patent, claim 7)<br><br>**data representative of the oxygen saturation level present in a pulsation of said pulsating blood flow** (Philips term, '991 patent, claim 7) | "a pulsation" means:<br><br>a discrete, entire pulse<br><br>**Supporting Intrinsic Evidence**<br>Ex. 11, '991 patent at 3:1-56, 5:25-58, 6:35-41, 9:30-10:61, FIG. 1<br><br>Ex. 25, '991 patent File History, MASP0022068-72, MASP0022087-99, | "data representative of the oxygen saturation level present in a pulsation of said pulsating blood flow" means:<br><br>data corresponding to the oxygen saturation level for a single heartbeat<br><br>**Supporting Intrinsic Evidence**<br>Ex. 11, col.1:18-22; 5:25-58; 9:38-10:2; Figs. 1, 6. |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| | MASP0022120-23, MASP0022156-57.<br><br>Ex. 40, U.S. Patent No. 5,190,038 File History, MASP0021923-27, MASP0021942-45, MASP0021959-81, MASP0021984-93, MASP0022003-07.<br><br>Ex. 41, U.S. Patent No. 4,928,692 (Goodman), col. 17:12-52. | Ex. 40, Application No. 07/420,612 Prosecution History, April 4, 1991 Amendment, at 14-22 (MASP0021973-981). |
| **invalidating** ('991 patent, claim 7) | indicating as not being valid<br><br>**Supporting Intrinsic Evidence**<br>Ex. 11, '991 patent at 11:38-14:2<br><br>Ex. 25, '991 patent File History, MASP0022068-72, MASP0022087-99, MASP0022120-23, MASP0022156-57.<br><br>Ex. 40, U.S. Patent No. 5,190,038 File History, MASP0021923-27, MASP0021942-45, MASP0021959-81, MASP0021984-93, MASP0022003-07.<br><br>Ex. 41, U.S. Patent No. 4,928,692 (Goodman), col. 17:12-52. | No construction necessary. |

D.   **U.S. Patent No. 5,820,550**

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| **for one or more pulsations** ('550 patent, claim 13) | for at least one discrete, entire pulse<br><br>**Supporting Intrinsic Evidence** | No construction necessary. |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| | Ex. 12, '550 patent, col. 5:12-24, 8:66-10:22.<br><br>Ex. 26, '550 patent File History, MASP0022207-11, MASP0022224-39, MASP0022246-55, MASP0022257-73, MASP0022282-86.<br><br>Ex. 43, U.S. Patent No. 5,398,680 File History, MASP0563448-61, MASP0563498-665.<br><br>Ex. 40, U.S. Patent No. 5,190,038 File History, MASP0021923-27, MASP0021942-45, MASP0021959-81, MASP0021984-93, MASP0022003-07.<br><br>Ex. 41, U.S. Patent No. 4,928,692 (Goodman), col. 17:12-52. | |
| **oxygen saturation level data element** ('550 patent, claim 8) | No construction necessary. | Data that corresponds to the oxygen saturation level<br><br>**Supporting Intrinsic Evidence**<br>Ex. 12, col. 9:7-10:61; Figs. 1, 6-9. |
| **artifact data** ('550 patent, claims 8, 14) | data that categorizes the aberrations suspected in the signal<br><br>**Supporting Intrinsic Evidence**<br>Ex. 12, '550 patent, col. 3:25-33, 10:40-13:25, FIG. 9.<br><br>Ex. 26, '550 patent File History, | No construction necessary. |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
| --- | --- | --- |
| | MASP0022207-11, MASP0022224-39, MASP0022246-55, MASP0022257-73, MASP0022282-86.<br><br>Ex. 43, U.S. Patent No. 5,398,680 File History, MASP0563448-61, MASP0563498-665.<br><br>Ex. 40, U.S. Patent No. 5,190,038 File History, MASP0021923-27, MASP0021942-45, MASP0021959-81, MASP0021984-93, MASP0022003-07.<br><br>U.S. Patent Nos.: Ex. 41, 4,928,692 (Goodman), col. 2:28-50, 18:10-19; Ex. 44, 4,638,810 (Ramsey III) col. 4:41-5:2; Ex. 45, 4,955,379 (Hall), col. 3:12-67. | |

**E.     U.S. Patent No. 6,122,535**

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
| --- | --- | --- |
| **concentration** ('535 patent, claims 1, 2, 3, 11, 12) | the relative content of a component dissolved in a known or measured quantity of another substance (such as blood or water) that may be expressed in percentage by weight or by volume, in parts per million, or in grams per liter<br><br>**Supporting Intrinsic Evidence**<br>Ex. 13, '535 patent, Abstract, col. 2:23-30.<br><br>Ex. 27, '535 patent File History, | No construction necessary. |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| | MASP0022424. | |
| **spectral values** ('535 patent, claims 1, 2, 3) | See the agreed-upon construction for "spectral," below. Otherwise, no construction necessary.<br><br>**Supporting Intrinsic Evidence**<br>Ex. 13, '535 patent, Abstract, col. 5:47-6:6, FIG. 3.<br><br>Ex. 27, '535 patent File History, MASP0022370, MASP0022424. | magnitudes at specific frequencies<br><br>**Supporting Intrinsic Evidence**<br>Ex. 13, Abstract; col. 2:24-3:6; 6:16-7:6; 7:62-8:8; Figs. 2, 3, 6. |
| **selecting physiologically relevant first and second spectral values by evaluating said first and second spectral values according to criteria selected in accordance with the patient's physiological parameters** ('535 patent, claim 1) | using criteria selected in accordance with the patient's physiological parameters, making adaptive selections from among a plurality of complex combinatorial values to assure that artifacts and noise are reduced or eliminated from the measurement quantities<br><br>**Supporting Intrinsic Evidence**<br>Ex. 13, '535 patent, col. 3:7-18.<br><br>Ex. 27, '535 patent File History, MASP0022424-25. | selecting first and second spectral values that are determined to have physiological relevance based on criteria selected in accordance with characteristics of the specific patient being monitored<br><br>**Supporting Intrinsic Evidence**<br>Ex. 35, Abstract; col. 2:24-3:6; 10:4-11:49.<br><br>Ex. 27, '535 Prosecution History, April 8, 1999 Amendment, at 6 (MASP0022408).<br><br>Ex. 27, '535 Prosecution History, Aug. 13, 1999 Amendment, at 7-9 (MASP0022423-26).<br><br>Ex. 27, '535 Prosecution History, Nov. 17, 1999 Amendment, at 6-9 (MASP0022436-39). |
| **complex combinatorial values** ('535 patent, claims 3, 6, 9, 10) | values with a magnitude component equal to:<br><br>$$\sqrt{\hat{S}_{Rk}^2 + \hat{S}_{IRk}^2}$$ | values formed from both first and second spectral values<br><br>**Supporting Intrinsic Evidence** |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| | and a phase component equal to: $$\frac{\hat{S}^2_{Rk}}{\hat{S}^2_{IRk}}$$ **Supporting Intrinsic Evidence** Ex. 13, '535 patent, col. 6:10-15, 7:7-26, FIG. 5. Ex. 27, '535 patent File History, MASP0022413. | Ex. 13, Abstract; col. 6:44-7:26; 11:50-12:11. Ex. 27, '535 Prosecution History, April 8, 1999 Amendment, at 6 (MASP0022408). Ex. 27, '535 Prosecution History, Aug. 13, 1999 Amendment, at 7-9 (MASP0022423-26). Ex. 27, '535 Prosecution History, Nov. 17, 1999 Amendment, at 6-9 (MASP0022436-39). |

### F.  U.S. Patent No. 6,725,074

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| **factors relating to combinations selected from the group consisting of signal recording, signal processing, and signal evaluation** (Masimo term, '074 patent, claim 1) **factors relevant to the measurement signal, the factors relating to combinations selected from the group consisting of signal recording, signal processing, and signal evaluation** (Philips term, '074 patent, claim 1) | "factors relating to combinations selected from the group consisting of signal recording, signal processing, and signal evaluation" means: only combinations of factors, and no other factors, relating to signal recording, signal processing, and signal evaluation **Supporting Intrinsic Evidence** Ex. 14, '074 patent, Abstract, col. 3:44-54, 3:66-4:4, 8:54-57. Ex. 28, '074 patent File History, MASP0022467-88, MASP0022593-602. | "factors relevant to the measurement signal, the factors relating to combinations selected from the group consisting of signal recording, signal processing, and signal evaluation" means: factors indicative of the quality of the measurement signal which relate to two or more of the recording of the signal, the processing of the signal, and the evaluation of the signal **Supporting Intrinsic Evidence** Ex. 14, Abstract; col. 1:10-48; 3:38-4:4; 8:38-11:41; Fig. 3A. |
| **uncertain logic** ('074 patent, claim 1) | Indefinite under 35 U.S.C. § 112. Alternately: | logic that is non-binary |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| | logic that requires uncertainty in the reasoning process<br><br>**Supporting Intrinsic Evidence**<br>Ex. 14, '074 patent, Abstract, col. 3:49-55, claim 11.<br><br>Ex. 28, '074 patent File History, MASP0022467-88, MASP0022593-602. | **Supporting Intrinsic Evidence**<br>Ex. 14, Abstract; col. 4:30-40; 6:5-20; 7:21-51; 8:38-50; 11:7-13:67; Fig. 3A-D, 4A-D. |
| **fuzzy logic** ('074 patent, claim 1) | multivalued (as opposed to binary) logic developed to deal with imprecise or vague data. Classical logic holds that everything can be expressed in binary terms: 0 or 1, black or white, yes or no; in terms of Boolean algebra, everything is in one set or another but not in both. Fuzzy logic allows for partial membership in a set, values between 0 and 1, shades of gray, and maybe—it introduces the concept of the "fuzzy set." When the approximate reasoning of fuzzy logic is used with an expert system, logical inferences can be drawn from imprecise relationships. A system using fuzzy logic uses inputs that are extracted from fuzzy sets (fuzzification), a fuzzy reasoning process (inference), and outputs obtained by defuzzification of a fuzzy set (defuzzification).<br><br>**Supporting Intrinsic Evidence**<br>Ex. 14, '074 patent, col. 4:29-35, 11:42-13:67, FIG. 3A. | logic that combines input values in a quantitative manner to generate a non-binary result<br><br>**Supporting Intrinsic Evidence**<br>Ex. 14, Abstract; col. 4:30-40; 6:5-20; 7:21-51; 8:38-50; 11:7-13:67; Figs. 3A-D, 4A-D. |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| | Ex. 28, '074 patent File History, MASP0022467-88, MASP0022503-07, MASP0022516-37, MASP0022586-91, MASP0022593-602.<br><br>Ex. 31, Von Altrock, *Fuzzy Logic: Band 1. Technologie* (Oldenburg Verlag, Munich, 1995).<br><br>Ex. 32, Von Altrock, Fuzzy Logic and Neurofuzzy Applications Explained (1995).<br><br>Ex. 33, Kästle thesis, MASP0004873-4883.<br><br>Ex. 34, Lagasse, ed., *The Columbia Encyclopedia* 1069 (6th ed. 2000). | |
| **quantitatively describes a quality of a determined measurement value of the measurement signal** ('074 patent, claim 1) | No construction necessary. | describes the reliability of a determined measurement value of the measurement signal as a numerical value<br><br>**Supporting Intrinsic Evidence**<br>Ex. 14, Abstract; 3:38-54; 8:38-50; Figs. 3A-D, 4A, 5. |

## III.   TERMS FOR CONSTRUCTION PURSUANT TO 35 U.S.C. § 112 ¶ 6 IN PHILIPS' PATENTS

### A.   U.S. Patent No. 5,170,786

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| **fastening means adapted for securing said flexible strip about said body part with said first and second probe element housing faces directed toward each other and said body part therebetween** (claims 1, 10) | <u>Function</u>: securing the flexible strip about the body part with the first and second probe element housing faces directed toward each other and the body part therebetween<br><br><u>Corresponding Structure</u>: anyone of the four disclosed fastener systems' fastening structures:<br><br>(1) a substantially rectangular low profile flexible plastic foam material substrate 9 having two axially aligned spaced square apertures, the upper surface of the foam substrate coated with a thin adhesive layer suitable for removably adhering the form substrate to the surface of the skin;<br><br>(2) a substantially rectangular low profile flexible plastic form material substrate 9' having two axially aligned spaced square apertures, the upper surface coated with a thin adhesive layer suitable for removably adhering the form substrate to itself at a small rectangular region adjacent to its free end most distant from the apertures;<br><br>(3) a substantially rectangular L-shaped low profile flexible plastic form material substrate | <u>Function</u>: securing said flexible strip about said body part with said first and second probe element housing faces directed toward each other and said body part therebetween<br><br><u>Structure</u>: adhesive layer region 9, 9', 9", or 9'"<br><br>**Supporting Intrinsic Evidence**<br>Ex. 9, col. 1:56-2:12; 3:44-4:4; 4:57-5:38; 5:55-6:6; 6: 17-61; 7:10-42; Figs. 2, 3, 6-8, 10, 11, 14. |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
| --- | --- | --- |
| | 9'' having a first leg with two axially aligned spaced square apertures, and a second orthogonal leg with a surface coated with a thin adhesive layer suitable for removably adhering the foam substrate to itself at a small rectangular region adjacent to the free end of the substrate leg most distant from the leg; or<br><br>(4) a substantially butterfly shaped low profile flexible plastic foam material substrate 9''', the upper surface of which is coated with a thin adhesive layer suitable for removably adhering the foam substrate to human skin, and having two rectangular apertures.<br><br>**Supporting Intrinsic Evidence**<br>Ex. 9, '786 patent, col. 3:33-8:4, FIGS. 1-15, 17-18.<br><br>Ex. 23, '786 patent File History, MASP0021747-51, MASP0021763-68, MASP0021773-74.<br><br>Ex. 35, U.S. Patent Application 07/589,349 File History, MASP0563304-90. | |

**B.**     U.S. Patent No. 5,448,991

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| **computer processing means so as to compute the oxygen saturation level of said blood during said oxygen saturation monitoring interval** (claim 1) | <u>Function</u>: computing the oxygen saturation level of said blood during said oxygen saturation monitoring interval<br><br><u>Corresponding Structure</u>: a central processing unit 100 programmed to execute a real time analysis portion and a background portion, the real time analysis portion using a 10 microsecond interrupt interval and a 250 microsecond interrupt interval, the real time analysis portion executing the following routines in sequence:<br><br>(1) a Sampling System Controller 250 that in response to an interrupt, reads the output of two analog to digital converters 90 and 95 and formats that data into data structures each with a 20-bit visible red signal, 20-bit infrared signal, and 8-bit data word which defines the state of the system hardware;<br><br>(2) a Filter Block 270 with two digital high pass filters in a cascaded configuration, to which the infrared signal is applied and filters out all frequencies below 1 hertz and differentiates the red and infrared signals;<br><br>(3) a Filtered Data Structure Block 280 which: (a) stores the full 20 bit values for the | <u>Function</u>: computing the oxygen saturation level of said blood during said oxygen saturation monitoring interval<br><br><u>Structure</u>: a central processing unit 100<br><br>**<u>Supporting Intrinsic Evidence</u>**<br>Ex. 11, col. 1:18-22; 4:11-22; 5:10-6:57; 7:52-9:22; 9-38:11:13; Figs. 1, 7-9.<br><br>Ex. 25, '991 Prosecution History, Mar. 7, 1994 Information Disclosure Statement (MASP0022124-29).<br><br>Ex. 40, Application No. 07/420,612 Prosecution History, April 4, 1991 Amendment, at 14-22 (MASP0021973-981). |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| | infrared signal and red signal, which values are positive and include the DC portion of the incoming signal, and (b) stores the AC portion of the filtered infrared signal, the differentiated red signal, and the differentiated infrared signal, which do not have DC components, which allows each signal be expressed with only 16 bits;<br><br>(4) a Pleth Output Processor 300 which detects the signal strength of the filtered infrared signal and produces a scaled waveform indicative of the fact that the input sensors are properly detecting a pulse from the patient being monitored;<br><br>(5) a Fixed Threshold Peak Detector 310 which (a) utilizes a conventional peak detector algorithm to detect the peaks, both positive and negative, of the incoming waveform, by beginning searching for a negative peak when lower threshold -80 is exceeded and periodically updating a "minimum storage location" as the waveform continues to become more negative, storing the most negative value and its time occurrence when negative values begin to increase, similarly searching for a positive peak when the upper threshold +30 is exceeded, and storing the most positive value and its time occurrence when positive values begin to decrease; (b) utilizes a peak search | |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| | of an arbitrary interval chosen by the software; (c) generates a data structure for each pulsation of blood flowing in the person being monitored, each data structure comprising values calculated for that pulse which indicate: (i) the magnitude of the infrared signal as the difference between the infrared differential at the stored time occurrence of the most positive value and the infrared differential at the stored time occurrence of the most negative value; (ii) the magnitude of the red signal as the difference between the red differential at the stored time occurrence of the most positive value and the red differential at the stored time occurrence of the most negative value; (iii) the mean of the infrared signal as the average of the infrared signal at the stored time occurrence of the most positive value and the infrared signal at the stored time occurrence of the most negative value; (iv) the mean of the red signal as the average of the red signal at the stored time occurrence of the most positive value and the red signal at the stored time occurrence of the most negative value; (v) a time reference value as the stored time occurrence of the most negative value; and (vi) a filtered infrared value as the value of the filtered infrared signal at the stored time occurrence of the most negative value;<br><br>(6) a Threshold Detector 320 which checks | |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| | the current values of the infrared differential and red differential to detect whether they are twice what would be expected of a normal input signal, and alerting a data validation routine if so; and<br><br>(7) a Signal Strength Monitor 340 which monitors the level of the incoming signal, and when the signal strength drops below a preset threshold, sounds an alarm;<br><br>a New Peak Queue 350 which is a first-in first-out buffer linking the real time portion of the software with the background portion;<br><br>the background portion including a Saturation Processor 360 which calculates the oxygen saturation level for each pulsation as a function as follows:<br><br>$$\text{OUT}_{SAT} = f\left(\frac{I_{mean}}{I_{mag}} \bullet \frac{R_{mag}}{R_{mean}}\right)$$<br><br>**Supporting Intrinsic Evidence**<br>Ex. 11, '991 patent, col. 8:25-10:50, FIGS. 1, 7-9.<br><br>Ex. 25, '991 patent File History, MASP0022068-72, MASP0022087-99, MASP0022120-23, MASP0022156-57.<br><br>Ex. 40, U.S. Patent No. 5,190,038 File | |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| | History, MASP0021923-27, MASP0021942-45, MASP0021959-81, MASP0021984-93, MASP0022003-07. | |
| **signal conversion means having a dynamic range extending from at least said expected minimum signal magnitude to at least said expected maximum signal magnitude so that said signal conversion means accommodates said first and second electrical signals and converts said first electrical signal into a first digital signal and said second electrical signal into a second digital signal** (claim 1) | <u>Function</u>: converting the first analog electrical signal into a first digital signal and converting a second, separate analog signal into a second digital signal<br><br><u>Corresponding Structure</u>: two 20-bit analog to digital converters 90 and 95 each having an operational range sufficient to accommodate the minimum to the maximum signal levels possible from a sensor without compensation of any kind<br><br>**Supporting Intrinsic Evidence**<br>Ex. 11, '991 patent, col. 6:24-46, 8:3-31, FIG. 1.<br><br>Ex. 25, '991 patent File History, MASP0022068-72, MASP0022087-99, MASP0022120-23, MASP0022156-57.<br><br>Ex. 40, U.S. Patent No. 5,190,038 File History, MASP0021923-27, MASP0021942-45, MASP0021959-81, MASP0021984-93, MASP0022003-07. | <u>Function</u>: converting said first electrical signal into a first digital signal and said second electrical signal into a second digital signal<br><br><u>Structure</u>: A/D converters 90, 95<br><br>**Supporting Intrinsic Evidence**<br>Ex. 11, '991 patent, Abstract; col. 4:4-15; 5:50-6:41; 7:57-8:58; Figs. 1, 7-9. |

C.     U.S. Patent No. 5,820,550

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| **signal conversion means for converting said first and second electrical signals, into** | <u>Function</u>: converting the first analog electrical signal into a first digital signal and | <u>Function</u>: converting said first and second electrical signals, into first and second digital |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| **first and second digital signals, respectively** (claim 13) | converting a second, separate analog signal into a second digital signal<br><br>Corresponding Structure: two 20-bit analog to digital converters 90 and 95 each having an operational range sufficient to accommodate the minimum to the maximum signal levels possible from a sensor without compensation of any kind<br><br>**Supporting Intrinsic Evidence**<br>Ex. 12, '550 patent, col. 6:9-31, 7:33-8:8, FIG. 1.<br><br>Ex. 26, '550 patent File History, MASP0022207-11, MASP0022224-39, MASP0022246-55, MASP0022257-73, MASP0022282-86.<br><br>Ex. 43, U.S. Patent No. 5,398,680 File History, MASP0563448-61, MASP0563498-665.<br><br>Ex. 40, U.S. Patent No. 5,190,038 File History, MASP0021923-27, MASP0021942-45, MASP0021959-81, MASP0021984-93, MASP0022003-07. | signals, respectively<br><br>Structure: A/D converters 90, 95<br><br>**Supporting Intrinsic Evidence**<br>Ex. 12, '550 patent, Abstract; 3:61-4:5; 5:35-6:25; 7:33-8:8; Figs. 1, 7-9. |
| **computer processing means for processing said first and second digital signals so as to compute an oxygen saturation level and associated data for one or more pulsations in said pulsating flow of flood** (claim 13) | Function: processing said first and second digital signals so as to compute, for at least one discrete, entire pulse in said pulsating flow of flood, an oxygen saturation level and a set of data which indicates the time of a | Function: Processing first and second digital signals to compute an oxygen saturation level and associated data for one or more pulsations in said pulsating flow of blood |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
|  | pulse, the minimum value in the pulse, and the validity of the oxygen saturation level<br><br>Corresponding Structure: a central processing unit 100 programmed to execute a real time analysis portion and a background portion, the real time analysis portion using a 10 microsecond interrupt interval and a 250 microsecond interrupt interval, the real time analysis portion executing the following routines in sequence:<br><br>(1) a Sampling System Controller 250 that in response to an interrupt, reads the output of two analog to digital converters 90 and 95 and formats that data into data structures each with a 20-bit visible red signal, 20-bit infrared signal, and 8-bit data word which defines the state of the system hardware;<br><br>(2) a Filter Block 270 with two digital high pass filters in a cascaded configuration, to which the infrared signal is applied and filters out all frequencies below 1 hertz and differentiates the red and infrared signals;<br><br>(3) a Filtered Data Structure Block 280 which: (a) stores the full 20 bit values for the infrared signal and red signal, which values are positive and include the DC portion of the incoming signal, and (b) stores the AC portion of the filtered infrared signal, the | Structure: a central processing unit 100<br><br>**Supporting Intrinsic Evidence**<br>Ex. 12, '550 patent, col. 1:18-22; 4:1-16; 5:12-6:25; 7:28-9:22; 9-38:10:61; Figs. 1, 7-9. |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| | differentiated red signal, and the differentiated infrared signal, which do not have DC components, which allows each signal be expressed with only 16 bits;<br><br>(4) a Pleth Output Processor 300 which detects the signal strength of the filtered infrared signal and produces a scaled waveform indicative of the fact that the input sensors are properly detecting a pulse from the patient being monitored;<br><br>(5) a Fixed Threshold Peak Detector 310 which (a) utilizes a conventional peak detector algorithm to detect the peaks, both positive and negative, of the incoming waveform, by beginning searching for a negative peak when lower threshold -80 is exceeded and periodically updating a "minimum storage location" as the waveform continues to become more negative, storing the most negative value and its time occurrence when negative values begin to increase, similarly searching for a positive peak when the upper threshold +30 is exceeded, and storing the most positive value and its time occurrence when positive values begin to decrease; (b) utilizes a peak search of an arbitrary interval chosen by the software; (c) generates a data structure for each pulsation of blood flowing in the person being monitored, each data structure | |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| | comprising values calculated for that pulse which indicate: (i) the magnitude of the infrared signal as the difference between the infrared differential at the stored time occurrence of the most positive value and the infrared differential at the stored time occurrence of the most negative value; (ii) the magnitude of the red signal as the difference between the red differential at the stored time occurrence of the most positive value and the red differential at the stored time occurrence of the most negative value; (iii) the mean of the infrared signal as the average of the infrared signal at the stored time occurrence of the most positive value and the infrared signal at the stored time occurrence of the most negative value; (iv) the mean of the red signal as the average of the red signal at the stored time occurrence of the most positive value and the red signal at the stored time occurrence of the most negative value; (v) a time reference value as the stored time occurrence of the most negative value; and (vi) a filtered infrared value as the value of the filtered infrared signal at the stored time occurrence of the most negative value;<br><br>(6) a Threshold Detector 320 which checks the current values of the infrared differential and red differential to detect whether they are twice what would be expected of a normal input signal, and alerting a data validation | |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| | routine if so; and<br><br>(7) a Signal Strength Monitor 340 which monitors the level of the incoming signal, and when the signal strength drops below a preset threshold, sounds an alarm;<br><br>a New Peak Queue 350 which is a first-in first-out buffer linking the real time portion of the software with the background portion;<br><br>the background portion including a Saturation Processor 360 which calculates the oxygen saturation level for each pulsation as a function as follows:<br><br>$$OUT_{SAT} = f\left(\frac{I_{mean}}{I_{mag}} \bullet \frac{R_{mag}}{R_{mean}}\right)$$<br><br>and calculates associated data as follows:<br><br>$OUT_{TIME} = T_{ref}$<br><br>$OUT_{MIN} = P_{kMin}$<br><br>$OUT_{TAG} = REJECTED$<br><br>**Supporting Intrinsic Evidence**<br>Ex. 12, '550 patent, col. 7:66-10:23, FIGS. 1, 7-9.<br><br>Ex.   26,   '550   patent   File   History, | |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| | MASP0022207-11, MASP0022224-39, MASP0022246-55, MASP0022257-73, MASP0022282-86.<br><br>Ex. 43, U.S. Patent No. 5,398,680 File History, MASP0563448-61, MASP0563498-665.<br><br>Ex. 40, U.S. Patent No. 5,190,038 File History, MASP0021923-27, MASP0021942-45, MASP0021959-81, MASP0021984-93, MASP0022003-07. | |
| **storage means for storing said oxygen saturation levels and associated data computed over a predetermined period of time** (claim 13) | <u>Function</u>: storing said oxygen saturation levels and sets of data which each indicate the time of a pulse, the minimum value in the pulse, and the validity of the oxygen saturation level, computed over a predetermined period of time<br><br><u>Corresponding Structure</u>: an Output Data Queue 400 formed in memory which stores the sets of data computed over a predetermined period of time, each set containing the following data for one discrete, entire pulse of blood:<br><br>$$OUT_{SAT} = f\left( \frac{I_{mean}}{I_{mag}} \bullet \frac{R_{mag}}{R_{mean}} \right)$$<br><br>$$OUT_{TIME} = T_{ref}$$ | <u>Function</u>: storing said oxygen saturation levels and associated data computed over a predetermined period of time<br><br><u>Structure</u>: Output Data Queue 400<br><br>**Supporting Intrinsic Evidence**<br>Ex. 12, '550 patent, col. 8:40-9:37; 10:3-39; Figs. 1, 7-9. |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| | $OUT_{MIN} = P_{kMin}$<br><br>$OUT_{TAG}$ = REJECTED<br><br>and a Queue Controller 370 which monitors, initializes, and clears the Output Data Queue 400 of data under certain conditions.<br><br>**Supporting Intrinsic Evidence**<br>Ex. 12, '550 patent, col. 10:3-29, FIGS. 7-9.<br><br>Ex. 26, '550 patent File History, MASP0022207-11, MASP0022224-39, MASP0022246-55, MASP0022257-73, MASP0022282-86.<br><br>Ex. 43, U.S. Patent No. 5,398,680 File History, MASP0563448-61, MASP0563498-665.<br><br>Ex. 40, U.S. Patent No. 5,190,038 File History, MASP0021923-27, MASP0021942-45, MASP0021959-81, MASP0021984-93, MASP0022003-07. | |
| **data validating means for selectively validating computed oxygen saturation levels on the basis of said associated data** (claim 13) | <u>Function</u>: selectively validating computed oxygen saturation levels on the basis of said sets of data which each indicate the time of a pulse, the minimum value in the pulse, and the validity of the oxygen saturation level<br><br><u>Corresponding Structure</u>: a central processing unit programmed to execute the following | <u>Function</u>: selectively validating computed oxygen saturation levels on the basis of said associated data<br><br><u>Structure</u>: Data Validator 380 and Output Data Scanner 410<br><br>**Supporting Intrinsic Evidence** |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| | operations:<br><br>an Output Data Scanner 410 which uses a set of parameters to examine the data in a data queue, the set of parameters supplied by the Data Validator 380, the three parameters are (1) Clip Level; (2) Time; and (3) Threshold;<br><br>all data originally placed into Output Data Queue 400 is tagged with one of the following categories:<br><br>(1) "Rejected" (all data is originally tagged with this category)<br><br>(2) "Dicrotic"<br><br>(3) "Clipped"<br><br>(4) "Deviant"<br><br>(5) "Trashed"<br><br>a Data Validator 380 which analyzes the data twice:<br><br>the first pass calculates the following mean values:<br><br>$MEAN_{OK}$=Mean value of $Pk_{min}$ for all data structures where Clip Level$<$Pkmin$<$Threshold<br><br>$MEAN_{CLIPPED}$=MEAN value of $Pk_{min}$ for all data structures where $Pk_{min}<$Clip Level<br><br>$PERIOD_{OK}$=Mean value of time intervals between consecutive data structures which qualify for $MEAN_{OK}$ and do not enclose data | Ex. 12, '550 patent, col. 9:40-12:53; Figs. 1, 7-9. |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| | structures which qualify for $MEAN_{CLIPPED}$<br><br>$PERIOD_{CLIPPED}$=Mean value of time intervals between consecutive data structures which qualify for $MEAN_{CLIPPED}$<br><br>tagging is performed on the first pass as follows:<br><br>All data structures qualifying for $MEAN_{OK}$ are cleared of the 'CLIPPED' or 'REJECTED' tags.<br><br>All data structures qualifying for $MEAN_{CLIPPED}$ are tagged 'CLIPPED'<br><br>All data structures which fail to meet either are tagged 'REJECTED'<br><br>the second pass performs the following operations: (1) testing each data structure for deviation from the relevant mean; (2) generating mean deviation for the mean values obtained from the first pass; (3) producing count values indicating the total number of data structures, the number "Clipped" data structures, the number of "Rejected" data structures, and the number of "Accepted" data structures; (4) checking whether the period between two "Accepted" or "Clipped" data structures deviates by more than 12.5% from the relevant mean, tagging the oldest of these data structures as "Deviant" tag if so, and clearing these data structures of the "Deviant" tag if not; and (5) calculating the four mean values and an | |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| | Excess Amplitude Percentage using a finite state machine as shown in FIGS. 8 and 9, and expressing this confidence value as a percentage, with 100% being regarded as excellent data consistency, the figure calculated from the mean (M), deviation (D) and number (n) of data structures upon which the mean is based, (M,D,N respectively), as follows: $$n < 3 \quad \text{Confidence} = 100 - \frac{100D}{M}$$ $$n = 3 \quad \text{Confidence} = 88 - \frac{100D}{M}$$ $$n = 2 \quad \text{Confidence} = 75 - \frac{100D}{M}$$ setting results above to zero if the above give values less than zero; and calculating, using the count values generated in the second pass, the following three parameters: Rejected Percentage Excess Amplitude Percentage Good Percentage based on the three calculated values and the four confidence values as shown in FIGS. 8 and 9, the software then decides whether the data in the Output Data Queue 400 should, or | |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| | should not, be used<br><br>**Supporting Intrinsic Evidence**<br>Ex. 12, '550 patent, col. 10:18-13:5, FIGS. 7-9.<br><br>Ex. 26, '550 patent File History, MASP0022207-11, MASP0022224-39, MASP0022246-55, MASP0022257-73, MASP0022282-86.<br><br>Ex. 43, U.S. Patent No. 5,398,680 File History, MASP0563448-61, MASP0563498-665.<br><br>Ex. 40, U.S. Patent No. 5,190,038 File History, MASP0021923-27, MASP0021942-45, MASP0021959-81, MASP0021984-93, MASP0022003-07. | |
| **averaging means for computing an average oxygen saturation level for display using a number of said computed oxygen saturation levels; and display means for visually displaying each said average oxygen saturation levels** (claim 13) | <u>Function</u>: computing an average oxygen saturation level for display using a number of said computed oxygen saturation levels<br><br><u>Corresponding Structure</u>: an Output Data Averager 460 that averages that data over a preset period of time<br><br>**Supporting Intrinsic Evidence**<br>Ex. 12, '550 patent, col. 12:25-30, 13:15-26. | <u>Function</u>: computing an average oxygen saturation level for display using a number of said computed oxygen saturation levels<br><br><u>Structure</u>: Output Data Averager 460<br><br>**Supporting Intrinsic Evidence**<br>Ex. 12, '550 patent, col. 12:24-13:26; Figs. 1, 7-9. |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| | Ex. 40, U.S. Patent No. 5,190,038 File History, MASP0021943-45, MASP0021960-81, MASP0021984-93, MASP0022003-05. | |
| **light direction means for directing light having a first wavelength and light having a second wavelength, towards a tissue sample carrying a pulsating blood flow** (claim 13) | <u>Function</u>: directing light having a first wavelength and light having a second wavelength, towards a tissue sample carrying a pulsating blood flow<br><br><u>Corresponding Structure</u>: two light emitting diodes 2 and 4, one at 660 nanometers and one at 940 nanometers, each diode mounted within a housing and directed at an opening in the housing, the housing adapted to be placed over the vascularized tissue of a patient<br><br>**Supporting Intrinsic Evidence**<br><br>Ex. 12, '550 patent, col. 4:57-5:12, FIG. 1.<br><br>Ex. 26, '550 patent File History, MASP0022207-11, MASP0022224-39, MASP0022246-55, MASP0022257-73, MASP0022282-86.<br><br>Ex. 43, U.S. Patent No. 5,398,680 File History, MASP0563448-61, MASP0563498-665.<br><br>Ex. 40, U.S. Patent No. 5,190,038 File History, MASP0021923-27, MASP0021942-45, MASP0021959-81, MASP0021984-93, | <u>Function</u>: directing light having a first wavelength and light having a second wavelength towards a tissue carrying a pulsating blood flow.<br><br><u>Structure</u>: visible red emitter 2 and infrared emitter 4<br><br>**Supporting Intrinsic Evidence**<br>Ex. 12, '550 patent, col. 3:48-52; 4:57-5:51; Fig. 1. |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| | MASP0022003-07. | |
| **light detection means for detecting the light of said first and second wavelengths, after passage through said tissue sample, and for generating, in response thereto, a first electrical signal related to said first wavelength, and a second electrical signal related to said second wavelength** (claim 13) | <u>Function</u>: detecting the light of said first and second wavelengths, after passage through said tissue sample, and for generating, in response thereto, a first electrical signal related to said first wavelength, and a second electrical signal related to said second wavelength<br><br><u>Corresponding Structure</u>: a photo diode 10 with a light sensitive face orthogonal to the axis of the maximum light emission from the light direction means<br><br>**Supporting Intrinsic Evidence**<br>Ex. 12, '550 patent, col. 4:57-5:12, FIG. 1. | <u>Function</u>: detecting light of said first and second wavelengths, after passage through said tissue sample, and for generating, in response thereto, a first electrical signal related to said first wavelength, and a second electrical signal related to said second wavelength.<br><br><u>Structure</u>: sensor 10<br><br>**Supporting Intrinsic Evidence**<br>Ex. 12, '550 patent, col. 3:48-52; 4:57-5:51; Fig. 1. |
| **display means for visually displaying each said average oxygen saturation levels computed by said averaging means** (claim 13) | <u>Function</u>: visually displaying each said average oxygen saturation levels computed by said averaging means<br><br><u>Corresponding Structure</u>: a conventional liquid crystal seven-segment numerical display<br><br>**Supporting Intrinsic Evidence**<br>Ex. 12, '550 patent, col. 8:4-5, 9:2-6, FIG. 1.<br><br>Ex. 46, U.S. Patent No. 4,759,369 (Taylor), col. 6:35-39. | <u>Function</u>: visually displaying each said oxygen saturation level computed by said averaging means.<br><br><u>Structure</u>: Display 110<br><br>**Supporting Intrinsic Evidence**<br>Ex. 12, '550 patent, col. 3:33-39; 7:61-8:8; 8:66-9:6; Fig. 1. |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| | Ex. 26, '550 patent File History, MASP0022207-11, MASP0022224-39, MASP0022246-55, MASP0022257-73, MASP0022282-86.<br><br>Ex. 43, U.S. Patent No. 5,398,680 File History, MASP0563448-61, MASP0563498-665.<br><br>Ex. 40, U.S. Patent No. 5,190,038 File History, MASP0021923-27, MASP0021942-45, MASP0021959-81, MASP0021984-93, MASP0022003-07. | |

## IV.    STIPULATED CLAIM TERMS

The parties stipulate that the term "motion" in U.S. Patent Nos. 6,263,222, 7,215,984, and 7,530,949 means "movement of body tissue which causes erratic noise, that, in the absence of a filter, would cause the ratio of red to infrared signals to not accurately reflect the arterial oxygen saturation."

The parties stipulate that the term "without significant interference" in U.S. Patent No. 6,263,222 means "the calculated oxygen saturation is accurate enough for the purposes of which the calculation is being employed."

The parties stipulate that the term "significantly free of an influence" in U.S. Patent No. 7,215,984 means "the calculated oxygen saturation is accurate enough for the purposes of which the calculation is being employed."

The parties stipulate that the term "spectral" in U.S. Patent Nos. 6,002,952, 6,699,194 and 6,122,535 means "frequency-related."

The parties stipulate that the term "substantially accurately measuring blood oxygen saturation" in U.S. Patent No. 7,530,949 means "the calculated oxygen saturation is accurate enough for the purposes of which the calculation is being employed."

The parties stipulate that the term "for each pulsation" in U.S. Patent No. 5,820,550 means "for each discrete, entire pulse."

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jeremy A. Tigan
_____
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com
jtigan@mnat.com

Joseph R. Re
Douglas G. Muehlhauser
Jon W. Gurka
Perry D. Oldham
Michelle E. Armond
KNOBBE, MARTENS OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
(949)760-0404

M. Laurence Popofsky
Robert A. Rosenfeld
Scott A. Westrich
ORRICK HERRINGTON & SUTCLIFF, LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
(415)773-5700

*Attorneys for Plaintiff/Counterdefendant,
Masimo Corporation*

September 17, 2010

POTTER ANDERSON & CORROON LLP

/s/ David E. Moore
_____
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza – 6th Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Alan M. Grimaldi
Alan M. Wiseman
Brian A. Rosenthal
C. Scott Hataway
Clinton H. Brannon
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
(202)383-7295

*Attorneys for Defendant/Counterclaimant,
Philips Electronics North America Corporation
and Philips Medizin Systeme Böblingen GmbH*