IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MASIMO CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 09-80 (LPS/MPT) |
| | ) | |
| PHILIPS ELECTRONICS NORTH | ) | |
| AMERICA CORPORATION and PHILIPS | ) | |
| MEDIZIN SYSTEME BÖBLINGEN GMBH, | ) | |
| | ) | |
| Defendants. | ) | |

**REVISED JOINT CLAIM CONSTRUCTION CHART**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
Jeremy A. Tigan (#5239)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jtigan@mnat.com

Joseph R. Re
Douglas G. Muehlhauser
Jon W. Gurka
Perry D. Oldham
Michelle E. Armond
KNOBBE, MARTENS, OLSON
  & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
(949) 760-0404

M. Laurence Popofsky
Robert A. Rosenfeld
Scott A. Westrich
ORRICK, HERRINGTON
  & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
(415) 773-5700
*Attorneys for Plaintiff, Masimo Corporation*

POTTER ANDERSON & CORROON LLP
Richard L. Horwitz (#2246)
David E. Moore (#3983)
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
dmoore@potteranderson.com

Alan M. Grimaldi
Alan M. Wiseman
Brian A. Rosenthal
C. Scott Hataway
Clinton H. Brannon
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, DC  20004
*Attorneys for Defendants, Philips
Electronics North America Corporation
and Philips Medizin Systeme Böblingen
Gmbh*

October 19, 2010

**TABLE OF CONTENTS**

Page No.

I.     MASIMO PATENTS ........................................................................................... 2

       A.     U.S. Patent No. 6,263,222 ................................................................. 2

       B.     U.S. Patent No. 5,632,272 ................................................................. 2

       C.     U.S. Patent No. 7,215,984 ................................................................. 4

       D.     U.S. Patent No. 6,699,194 ................................................................. 5

II.    PHILIPS PATENTS ......................................................................................... 10

       A.     U.S. Patent No. 5,448,991 ............................................................... 10

       B.     U.S. Patent No. 6,122,535 ............................................................... 12

       C.     U.S. Patent No. 6,725,074 ............................................................... 14

III.   TERMS FOR CONSTRUCTION PURSUANT TO 35 U.S.C. § 112 ¶ 6
       IN PHILIPS' PATENTS ................................................................................. 16

       A.     U.S. Patent No. 5,448,991 ............................................................... 16

IV.    STIPULATED CLAIM TERMS ..................................................................... 19

Pursuant to Paragraph 10 of the Scheduling Order (D.I. 104), the parties have met and conferred and jointly provide this Joint Claim Construction Chart identifying for the Court the terms and phrases of the claims in issue and each party's proposed construction of the disputed claim language with citations to the intrinsic evidence supporting the proposed construction. It is Philips' position that the terms and phrases identified herein were selected in light of the Court's order limiting the number of terms that will be briefed. Philips reserves the right to seek construction of other terms and phrases in the asserted patents, including any of those identified in the originally-filed Joint Claim Construction Chart.

The parties have stipulated to the construction of patent claim terms as indicated. The parties jointly and respectfully request that, if the Court deems appropriate, the Court include the stipulated constructions in its claim construction order. Alternatively, the parties agree that unless the Court determines that a different construction is appropriate, the parties agree to be bound by the stipulated constructions.

For claim terms where the parties have indicated that no construction is necessary, the parties reserve the right to propose an alternate claim construction to the Court during claim construction briefing. Furthermore, the parties reserve the right to propose additional terms for construction as the case progresses. The citations to intrinsic evidence are exemplary and each party reserves the right to rely upon the entirety of the intrinsic record to either support its claim constructions or oppose the other party's claim constructions.

# I. MASIMO PATENTS

## A. U.S. Patent No. 6,263,222

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| **signal processor** ('222 patent, claim 17) | No construction necessary.<br><br>**Supporting Intrinsic Evidence**<br>Ex. 1, '222 patent, col. 1:13-14, 6:31, 8:12, 76:5-9.<br><br>Exs. 29-30, *Mallinckrodt, Inc. v. Masimo Corp.*, 254 F. Supp. 2d 1140, 1151 (C.D. Cal. 2003), *aff'd in relevant part*, 147 F. App'x 158 (Fed. Cir. 2005). | A processing unit which determines either a secondary reference $n'(t)$ or a primary reference $s'(t)$ for use in a correlation canceler, such as an adaptive noise canceler.<br><br>**Supporting Intrinsic Evidence**<br>Ex. 1, '222 patent, Figs. 4A-B, 3:56-4:57; 5:30-6:8; 5:30-6:8; 12:61-64; 13:36-44; 31:44-51.<br><br>Ex.15, '222 Prosecution History, March 14, 2000 Amendment at 8. |

## B. U.S. Patent No. 5,632,272

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| **signal model** ('272 patent, claims 9, 14) | the relationship between two signals which follows certain conditions<br><br>**Supporting Intrinsic Evidence**<br>Ex. 6, '272 patent, col. 1:30-34, 3:20-30, 5:35-52, 6:3-17, 9:28-44, 33:30-34:9, 50:32-51:8, 55:14-58:45, 64:10-54. | The signal model defined by:<br>$S_1 = s_1 + n_1$<br>$S_2 = s_2 + n_2$<br>with $s_1 = (r_a)(s_2)$<br>and $n_1 = (r_v)(n_2)$<br>or $r_a = (s_1)/(s_2)$<br>and $r_v = (n_1)/(n_2)$<br>where $s_1$ and $n_1$ are at least somewhat (preferably substantially) uncorrelated and $s_2$ and $n_2$ are at least somewhat (preferably substantially) uncorrelated. The first and |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| | | second measured signals $S_1$ and $S_2$ are related by correlation coefficients $r_a$ and $r_v$ as defined above.<br><br>**Supporting Intrinsic Evidence**<br>Ex. 6, '272 patent, 3:17-21; 5:25-27; 5:36-40; 6:50-58; 9:28-44; 12:37-40; 15:18-19; 20:29-34; 41:53-55; 43:8-15; 45:10-29; 53:55-57; 55:14-18.<br><br>Ex. 20, '272 Prosecution History, August 19, 1996 Amendment at 7. |
| **comparing said first and second transformed series of points to obtain a third series of comparison values having a magnitude component and at least a frequency component** ('272 patent, claim 9) | relating one or more points in a first group with point(s) in a second group to obtain a group of comparison values having a magnitude component and at least a frequency component<br><br>**Supporting Intrinsic Evidence**<br>Ex. 6, '272 patent, col. 50:64-51:31, 55:14-58:45, claim 10, FIGS. 23, 25B. | calculating point-by-point comparisons of the first and second transformed signals<br><br>**Supporting Intrinsic Evidence**<br>Ex. 6, '272 patent, Figs. 4A-B, 22, 25B; 5:52; 6:15-17; 9:28-44; 10:24-29; 12:34-35; 15:18-31; 18:10-65; 19:61-67; 20:9-10; 22:58-61; 41:25-44; 42:57-60; 43:66-44:18; 44:38-52; 45:11-29; 48:59-61; 51:8-12; 53:60-63; 55:46-47; 56:10-13; 56:41-49; 56:65-57:26; 66:10-20.<br><br>Ex. 20, '272 Prosecution History, August 19, 1996 Amendment at 4, 7. |
| **determining a series of ratios of magnitudes with respect to frequency of ones of said first transformed series of points to ones of said second transformed series of points** ('272 patent, claim 14) | No construction necessary.<br><br>**Supporting Intrinsic Evidence**<br>Ex. 6, '272 patent, col. 50:64-51:31, 55:14-58:45, FIGS. 23, 25B. | calculating point-by-point ratios of the first and second transformed signals<br><br>**Supporting Intrinsic Evidence**<br>Ex. 6, '272 patent, Figs. 4A-B, 22, 25B; 5:52; 6:15-17; 9:28-44; 10:24-29; 12:34-35; 15:18- |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| | | 31; 18:10-65; 19:61-67; 20:9-10; 22:58-61; 41:25-44; 42:57-60; 43:66-44:18; 44:38-52; 45:11-29; 48:59-61; 51:8-12; 53:60-63; 55:46-47; 56:10-13; 56:41-49; 56:65-57:26; 66:10-15; 66:49-58.<br><br>Ex. 20, '272 Prosecution History, August 19, 1996 Amendment at 4, 7. |

C.     <u>U.S. Patent No. 7,215,984</u>

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| a. **first calculation technique** ('984 patent, claims 1, 53)<br><br>b. **second calculation technique different from the first calculation technique** ('984 patent, claims 1, 53)<br><br>c. **first and second calculation techniques . . . wherein the first calculation technique is different from the second calculation technique** ('984 patent, claim 52) | No construction necessary.<br><br>**Supporting Intrinsic Evidence**<br>Ex. 3, '984 patent, col. 4:26-27, 7 :4-8, 16 :53-58, 25 :39-40, 31 :59-66, 41 :48-51, 48 :61-65, 53 :37-54 :38, 63 :18-20, Figs. 14, 21, 21a, 23. | a. a first algorithm based on the disclosed signal model<br><br>b. a second algorithm (different from the first algorithm) based on the disclosed signal model<br><br>c. a first algorithm based on the disclosed signal model and a second algorithm (different from the first algorithm) based on the disclosed signal model<br><br>**Supporting Intrinsic Evidence**<br>Ex. 6, '272 patent, 1:23-27; 3:17-21; 5:25-40; 6:3-67; 9:28-44; 12:37-40; 15:18-19; 20:29-34; 41:53-55; 43:8-15; 45:10-29; 53:55-57; 55:14-18.<br><br>Ex. 20, '272 Prosecution History, August 19, 1996 Amendment at 7. |

**D.    U.S. Patent No. 6,699,194**

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| **center of mass** ('194 patent, claims 11, 14, 16) | No construction necessary. If the Court deems claim construction to be necessary, then "center of mass" means:<br><br>the balancing point<br><br>**Supporting Intrinsic Evidence**<br>Ex. 5, '194 patent, col. 14:64-15:5. | a threshold value g for ratio lines $R_N$ associated with the first N spectral peaks according to the following formula:<br><br>$$g = \frac{N}{\sum_{i=0}^{N-1} \frac{1}{R_i}}$$<br><br>**Supporting Intrinsic Evidence**<br>Ex. 5, '194 patent, 14:64-15:17.<br><br>Ex. 19, '194 Prosecution History, July 11, 2002 Amendment, pp.1-6; Nov. 1, 2002 Amendment, pp.1-6; Sept. 16, 2003 Amendment, pp.2-10. |
| **classifying said three or more spectral peaks** ('194 patent, claim 3) | No construction necessary.<br><br>**Supporting Intrinsic Evidence**<br>Ex. 5, '194 patent, col. 14:64-65; 19:10-14; 23:24-30. | categorizing by matching the three or more spectral peaks to one of the idealized spectra shown by the plots 1600, 1610, 1620, 1630, or 1640 in Figs. 16A-C<br><br>**Supporting Intrinsic Evidence**<br>Ex. 5, '194 patent, Abstract; Figs. 3, 12, 15-16C, 18A-C; 3:13-4:32; 5:16-19; 12:24-65; 18:21-20:42.<br><br>Ex. 19, '194 Prosecution History, July 11, 2002 Amendment, pp.1-6; Nov. 1, 2002 Amendment, pp.1-6; March 6, 2003 Amendment, pp.7-8; Sept. 16, 2003 Amendment, pp.2-10. |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| **classifying said plurality of spectral peaks** ('194 patent, claims 4, 5) | No construction necessary.<br><br>**Supporting Intrinsic Evidence**<br>Ex. 5, '194 patent, col. 14:64-65; 19:10-14; 23:24-30. | categorizing by matching the plurality of spectral peaks to one of the idealized spectra shown by the plots 1600, 1610, 1620, 1630, or 1640 in Figs. 16A-C<br><br>**Supporting Intrinsic Evidence**<br>Same as supporting intrinsic evidence listed above for "classifying said three or more spectral peaks" |
| **classify spectral lines in said spectral-domain dataset** ('194 patent, claim 8) | No construction necessary.<br><br>**Supporting Intrinsic Evidence**<br>Ex. 5, '194 patent, col. 14:64-65; 19:10-14; 23:24-30. | categorize by matching spectral lines in the spectral-domain dataset to one of the idealized spectra shown by the plots 1600, 1610, 1620, 1630, or 1640 in Figs. 16A-C<br><br>**Supporting Intrinsic Evidence**<br>Same as supporting intrinsic evidence listed above for "classifying said three or more spectral peaks" |
| **classify one or more spectral values obtained from a ratio of said first spectral domain waveform and said second spectral domain waveform** ('194 patent, claim 10) | No construction necessary.<br><br>**Supporting Intrinsic Evidence**<br>Ex. 5, '194 patent, col. 14:64-65; 19:10-14; 23:24-30. | categorize by matching one or more spectral values obtained from a ratio of the first spectral domain waveform and the second spectral domain waveform to one of the idealized spectra shown by the plots 1600, 1610, 1620, 1630, or 1640 in Figs. 16A-C<br><br>**Supporting Intrinsic Evidence**<br>Same as supporting intrinsic evidence listed above for "classifying said three or more spectral peaks" |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| **classifying one or more spectral values obtained from said spectral domain waveform** ('194 patent, claim 14) | No construction necessary.<br><br>**Supporting Intrinsic Evidence**<br>Ex. 5, '194 patent, col. 14:64-65; 19:10-14; 23:24-30. | categorizing by matching one or more spectral values obtained from the spectral domain waveform to one of the idealized spectra shown by the plots 1600, 1610, 1620, 1630, or 1640 in Figs. 16A-C<br><br>**Supporting Intrinsic Evidence**<br>Same as supporting intrinsic evidence listed above for "classifying said three or more spectral peaks" |
| **classify spectral data from said first spectral-domain representation and said second spectral-domain representation at least in part according to a ratio of at least a portion of said first spectral-domain representation and at least a portion of said second spectral-domain representation** ('194 patent, claims 16, 17) | No construction necessary.<br><br>**Supporting Intrinsic Evidence**<br>Ex. 5, '194 patent, col. 14:64-65; 19:10-14; 23:24-30. | categorize by matching spectral data from the first spectral-domain representation and the second spectral-domain representation at least in part according to a ratio of at least a portion of the first spectral-domain representation and at least a portion of the second spectral-domain representation to one of the idealized spectra shown by the plots 1600, 1610, 1620, 1630, or 1640 in Figs. 16A-C<br><br>**Supporting Intrinsic Evidence**<br>Same as supporting intrinsic evidence listed above for "classifying said three or more spectral peaks" |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| **one or more rules** ('194 patent, claims 1, 2, 6, 8, 15, 19, 20, 21, 22) | No construction necessary. If the Court deems claim construction to be necessary, then these phrases mean:<br><br>guidelines<br><br>**Supporting Intrinsic Evidence**<br>Ex. 5, '194 patent, col. 3:58-60, 5:16-19, 5:24-25, 6:44-48, 16:33-35, 17:10-19, 17:47-53, 19:5-20:42, 22:20-25, FIGS. 14C, 16, 18. | a defined set of mathematical and logical steps that includes comparing the relative magnitudes of up to the three largest spectral peaks according to their amplitudes and frequencies in order to match the peaks to one of the idealized spectra shown by the plots 1600, 1610, 1620, 1630, or 1640 in Figs. 16A-C<br><br>**Supporting Intrinsic Evidence**<br>Ex. 5, '194 patent, Abstract; Figs. 3, 12, 18A-C; 3:13-4:32; 5:24-25; 12:24-40; 15:39-17:8; 18:21-20:42.<br><br>Ex. 19, '194 Prosecution History, July 11, 2002 Amendment, pp.1-6; Nov. 1, 2002 Amendment, pp.1-6; March 6, 2003 Amendment, pp.7-8; Sept. 16, 2003 Amendment, pp.2-10.<br><br>Ex. 18, '952 Prosecution History, October 13, 1998 Amendment; October 28, 1998 Notice of Allowability. |
| **spectral domain, spectral-domain** ('194 patent, claims 1, 3, 4, 5, 8, 10, 14, 15, 16, 17) | function of frequency<br><br>**Supporting Intrinsic Evidence**<br>Ex. 5, '194 patent, col. 3:39-60, 4:29-33, 4:63-64, 5:4-19, 6 :18-21, 12:50-65, 15 :39-42, 15:60-16:35, 20:45-52, 21:20-46, 22:28-22, FIGS. 11, 14A, 14B, 14C, 15, 16. | No construction necessary. |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| **spectral-domain dataset** ('194 patent, claims 1, 8)<br><br>**spectral domain waveform** ('194 patent, claim 3, 4, 5, 10, 14; '952 patent, claims 1, 3)<br><br>**spectral-domain representation** ('194 patent, claim 15, 16, 17) | See construction for "spectral domain," above. Otherwise, no construction necessary. If the Court deems claim construction to be necessary, then:<br><br>dataset as a function of frequency<br><br>waveform as a function of frequency<br><br>representation as a function of frequency<br><br>**Supporting Intrinsic Evidence**<br>Ex. 5, '194 patent, col. 3:39-60, 4:29-33, 4:63-64, 5:4-19, 6 :18-21, 12:50-65, 15 :39-42, 15:60-16:35, 16:27-35, 20:45-52, 21:20-46, 22:28-22, FIGS. 11, 14A, 14B, 14C, 15, 16. | representation of the frequency components of a signal that has been scrubbed by applying a motion artifact removal process to obtain a signal that that is ideally cleaner (e.g., has a better signal to noise ratio)<br><br>**Supporting Intrinsic Evidence**<br>Ex. 5, '194 patent, Abstract; Figs. 3, 12; 3:13-4:32; 12:24-40; 12:50-13:61; 14:57-16:35; 17:11-20:42.<br><br>Ex. 19, '194 Prosecution History,, July 11, 2002 Amendment, pp.1-6; Nov. 1, 2002 Amendment, pp.1-6; March 6, 2003 Amendment, pp.7-8; Sept. 16, 2003 Amendment, pp.2-10. |

## II. PHILIPS PATENTS

### A.    U.S. Patent No. 5,448,991

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| **reference signal having a fixed level** (Masimo term, claims 1, 3)<br><br>**reference signal having a fixed level during an oxygen saturation monitoring interval** (Philips term, claims 1, 3) | "reference signal having a fixed level" means:<br><br>permanently set voltage without using gain compensation (i.e. feedback control circuitry) of any sort.<br><br>Otherwise no construction necessary.<br><br>**Supporting Intrinsic Evidence**<br>Ex. 11, '991 patent, col. 3:1-56, 5:30-58, 6:35-41, 7:59-66, FIG. 1.<br><br>Ex. 25, '991 patent File History, MASP0022068-72, MASP0022087-99, MASP0022120-23, MASP0022156-57.<br><br>Ex. 40, U.S. Patent No. 5,190,038 File History, MASP0021923-27, MASP0021942-45, MASP0021959-81, MASP0021984-93, MASP0022003-07.<br><br>Ex. 41, U.S. Patent No. 4,928,692 (Goodman), col. 7:40-51, 8:39-54, 11:1-23, 20:14-33, FIG. 1.<br><br>Ex. 42, U.S. Patent No. 4,773,422 (Isaacson), col. 4:38-64. | "having a fixed level during an oxygen saturation monitoring interval" means:<br><br>a signal produced by a reference voltage that is not subject to variation over the entire period during which the oxygen saturation level is computed<br><br>**Supporting Intrinsic Evidence**<br>Ex. 11, '991 patent, col. 1:18-22; 5:10-6:57; 9-38:10:2; Figs. 1, 6.<br><br>Ex. 25, '991 Prosecution History, Mar. 7, 1994 Information Disclosure Statement (MASP0022124-29).<br><br>Ex. 40, Application No. 07/420,612 Prosecution History, April 4, 1991 Amendment, at 14-22 (MASP0021973-981). |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| **having a dynamic range extending from at least said expected minimum signal magnitude to at least said expected maximum signal magnitude** ('991 patent, claim 1) | having an operational range sufficient to accommodate the minimum to the maximum signal levels possible from a sensor without compensation of any kind<br><br>**Supporting Intrinsic Evidence**<br>Ex. 11, '991 patent, col. 3:1-56, 5:30-58, 6:35-41, FIG. 1.<br><br>Ex. 25, '991 patent File History, MASP0022068-72, MASP0022087-99, MASP0022120-23, MASP0022156-57.<br><br>Ex. 40, U.S. Patent No. 5,190,038 File History, MASP0021923-27, MASP0021942-45, MASP0021959-81, MASP0021984-93, MASP0022003-07.<br><br>Ex. 41, U.S. Patent No. 4,928,692 (Goodman), col. 9:35-63.<br><br>Ex. 42, U.S. Patent No. 4,773,442 (Isaacson), col. 4:38-56. | having a dynamic range sufficient to accommodate the entire input signal without compensation of any kind extending from an expected minimum signal magnitude to an expected maximum signal magnitude during an oxygen saturation monitoring interval.<br><br>**Supporting Intrinsic Evidence**<br>Ex. 11, Abstract; col. 7:57-8:36; 14:34-41; Fig. 1.<br><br>Ex. 40, Application No. 07/420,612 Prosecution History, April 4, 1991 Amendment, at 14-22 (MASP0021973-981). |
| **invalidating** ('991 patent, claim 7) | indicating as not being valid<br><br>**Supporting Intrinsic Evidence**<br>Ex. 11, '991 patent, col. 10:62-14:2, Fig. 1.<br><br>Ex. 25, '991 patent File History, MASP0022068-72, MASP0022087-99, MASP0022120-23, MASP0022156-57. | No construction necessary. |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| | Ex. 40, U.S. Patent No. 5,190,038 File History, MASP0021923-27, MASP0021942-45, MASP0021959-81, MASP0021984-93, MASP0022003-07.<br><br>Ex. 41, U.S. Patent No. 4,928,692 (Goodman), col. 17:12-52. | |

**B.      U.S. Patent No. 6,122,535**

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| **concentration** ('535 patent, claims 1, 2, 3, 11, 12) | the relative content of a component dissolved in a known or measured quantity of another substance (such as blood or water) that may be expressed in percentage by weight or by volume, in parts per million, or in grams per liter<br><br>**Supporting Intrinsic Evidence**<br>Ex. 13, '535 patent, Abstract, col. 2:23-30.<br><br>Ex. 27, '535 patent File History, MASP0022424. | No construction necessary. |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| **selecting physiologically relevant first and second spectral values by evaluating said first and second spectral values according to criteria selected in accordance with the patient's physiological parameters** ('535 patent, claim 1) | using criteria selected in accordance with the patient's physiological parameters, making adaptive selections from among a plurality of complex combinatorial values to assure that artifacts and noise are reduced or eliminated from the measurement quantities<br><br>**Supporting Intrinsic Evidence**<br>Ex. 13, '535 patent, col. 3:7-18.<br><br>Ex. 27, '535 patent File History, MASP0022424-26, MASP0022442. | selecting first and second spectral values that are determined to have physiological relevance based on criteria selected in accordance with characteristics of the specific patient being monitored<br><br>**Supporting Intrinsic Evidence**<br>Ex. 35, Abstract; col. 2:24-3:6; 10:4-11:49.<br><br>Ex. 27, '535 Prosecution History, April 8, 1999 Amendment, at 6 (MASP0022408).<br><br>Ex. 27, '535 Prosecution History, Aug. 13, 1999 Amendment, at 7-9 (MASP0022423-26).<br><br>Ex. 27, '535 Prosecution History, Nov. 17, 1999 Amendment, at 6-9 (MASP0022436-39). |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| **complex combinatorial values** ('535 patent, claims 3, 6, 9, 10) | values with a magnitude component equal to: $$\sqrt{\hat{S}_{Rk}^2 + \hat{S}_{IRk}^2}$$ and a phase component equal to: $$\frac{\hat{S}_{Rk}^2}{\hat{S}_{IRk}^2}$$ **Supporting Intrinsic Evidence** Ex. 13, '535 patent, col. 6:10-15, 7:7-26, FIG. 5. Ex. 27, '535 patent File History, MASP0022358-59, MASP0022370, MASP0022375, MASP0022413. | values formed from both first and second spectral values **Supporting Intrinsic Evidence** Ex. 13, Abstract; col. 6:44-7:26; 11:50-12:11. Ex. 27, '535 Prosecution History, April 8, 1999 Amendment, at 6 (MASP0022408). Ex. 27, '535 Prosecution History, Aug. 13, 1999 Amendment, at 7-9 (MASP0022423-26). Ex. 27, '535 Prosecution History, Nov. 17, 1999 Amendment, at 6-9 (MASP0022436-39). |

### C. U.S. Patent No. 6,725,074

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| **uncertain logic** ('074 patent, claim 1) | Indefinite under 35 U.S.C. § 112. Alternately: logic that requires uncertainty in the reasoning process **Supporting Intrinsic Evidence** Ex. 14, '074 patent, Abstract, col. 3:49-55, claims 1 and 11. Ex. 28, '074 patent File History, MASP0022467-88, MASP0022593-602. | logic that is non-binary **Supporting Intrinsic Evidence** Ex. 14, Abstract; col. 4:30-40; 6:5-20; 7:21-51; 8:38-50; 11:7-13:67; Fig. 3A-D, 4A-D. |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| **fuzzy logic** ('074 patent, claim 1) | 1. a system that uses inputs that are extracted from fuzzy sets (fuzzification), a fuzzy reasoning process (inference), and outputs that may be obtained by defuzzification of a fuzzy set (defuzzification)<br><br>OR<br><br>2. multivalued (as opposed to binary) logic developed to deal with imprecise or vague data. Classical logic holds that everything can be expressed in binary terms: 0 or 1, black or white, yes or no; in terms of Boolean algebra, everything is in one set or another but not in both. Fuzzy logic allows for partial membership in a set, values between 0 and 1, shades of gray, and maybe; it introduces the concept of the "fuzzy set."<br><br>**Supporting Intrinsic Evidence**<br>Ex. 14, '074 patent, col. 4:29-35, 11:42-13:67, FIG. 3A.<br><br>Ex. 28, '074 patent File History, MASP0022467-88, MASP0022503-07, MASP0022516-37, MASP0022586-91, MASP0022593-602.<br><br>Ex. 31, Von Altrock, *Fuzzy Logic: Band 1. Technologie* (Oldenburg Verlag, Munich, 1995).<br>Ex. 32, Von Altrock, Fuzzy Logic and Neurofuzzy Applications Explained (1995). | logic that combines input values in a quantitative manner to generate a non-binary result<br><br>**Supporting Intrinsic Evidence**<br>Ex. 14, Abstract; col. 4:30-40; 6:5-20; 7:21-51; 8:38-50; 11:7-13:67; Figs. 3A-D, 4A-D. |

## III. TERMS FOR CONSTRUCTION PURSUANT TO 35 U.S.C. § 112 ¶ 6 IN PHILIPS' PATENTS

### A.    U.S. Patent No. 5,448,991

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| **computer processing means so as to compute the oxygen saturation level of said blood during said oxygen saturation monitoring interval** (claim 1) | <u>Function</u>: computing the oxygen saturation level of said blood during said oxygen saturation monitoring interval<br><br><u>Corresponding Structure</u>: A central processing unit 100 programmed to execute (1) a filter block 270 to determine I(t), R(t), I'(t) and R'(t), (2) a fixed threshold peak detector 310 to detect the peaks, both positive and negative, of the incoming waveform for each pulsation of blood flowing in the person being monitored, (3) a threshold detector 320 to determine whether the current values lie within the present limits to alert a data validator 380 to identify aberrant input data, and (4) Saturation Processor 360 which calculates the oxygen saturation level for each pulsation not including invalid data using the following function:<br><br>$$OUT_{SAT} = f\left(\frac{I_{mean}}{I_{mag}} \bullet \frac{R_{mag}}{R_{mean}}\right)$$<br><br>Where:<br>$I_{mag} = I'(t_{max}) - I'(t_{min})$<br>$R_{mag} = R'(t_{max}) - R'(t_{min})$<br>$I_{mean} = [I(t_{max}) + I(t_{min})]/2$<br>$R_{mean} = [R(t_{max}) + R(t_{min})]/2$ | <u>Function</u>: computing the oxygen saturation level of said blood during said oxygen saturation monitoring interval<br><br><u>Structure</u>: a central processing unit 100 programmed to execute software including a saturation processor 360 utilizing a well established calculation algorithm to calculate the oxygen saturation level as follows:<br><br>$$OUT_{SAT} = f\left(\frac{I_{mean}}{I_{mag}} , \frac{R_{mag}}{R_{mean}}\right)$$<br><br>**Supporting Intrinsic Evidence**<br>Ex. 11, col. 1:18-22; 4:11-22; 5:10-6:57; 7:52-9:22; 9-38-11:13; Figs. 1, 7-9.<br><br>Ex. 25, '991 Prosecution History, Mar. 7, 1994 Information Disclosure Statement (MASP0022124-29).<br><br>Ex. 40, Application No. 07/420,612 Prosecution History, April 4, 1991 Amendment, at 14-22 (MASP0021973-981). |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| | **Supporting Intrinsic Evidence**<br>Ex. 11, '991 patent, col. 8:25-10:50, FIGS. 1, 7-9.<br><br>Ex. 25, '991 patent File History, MASP0022068-72, MASP0022087-99, MASP0022120-23, MASP0022156-57.<br><br>Ex. 40, U.S. Patent No. 5,190,038 File History, MASP0021923-27, MASP0021942-45, MASP0021959-81, MASP0021984-93, MASP0022003-07. | |
| **signal conversion means having a dynamic range extending from at least said expected minimum signal magnitude to at least said expected maximum signal magnitude so that said signal conversion means accommodates said first and second electrical signals and converts said first electrical signal into a first digital signal and said second electrical signal into a second digital signal** (claim 1) | <u>Function</u>: converting the first analog electrical signal into a first digital signal and converting a second, separate analog electrical signal into a second digital signal<br><br><u>Corresponding Structure</u>: two 20-bit analog to digital converters 90 and 95 each having an operational range sufficient to accommodate the minimum to the maximum signal levels possible from a sensor without compensation of any kind<br><br>**Supporting Intrinsic Evidence**<br>Ex. 11, '991 patent, col. 6:24-46, 7:57-58, 8:3-31, FIG. 1.<br><br>Ex. 25, '991 patent File History, MASP0022068-72, MASP0022087-99, MASP0022120-23, MASP0022156-57. | <u>Function</u>: converting said first electrical signal into a first digital signal and said second electrical signal into a second digital signal<br><br><u>Structure</u>: A/D converters 90, 95<br><br>**Supporting Intrinsic Evidence**<br>Ex. 11, '991 patent, Abstract; col. 4:4-15; 5:50-6:41; 7:57-8:58; Figs. 1, 7-9. |

| Term or Phrase for Construction | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| | Ex. 40, U.S. Patent No. 5,190,038 File History, MASP0021923-27, MASP0021942-45, MASP0021959-81, MASP0021984-93, MASP0022003-07. | |

## IV. STIPULATED CLAIM TERMS

The parties stipulate that the term "motion" in U.S. Patent Nos. 6,263,222 and 7,215,984 means "movement of body tissue which causes erratic noise, that, in the absence of a filter, would cause the ratio of red to infrared signals to not accurately reflect the arterial oxygen saturation."

The parties stipulate that the term "without significant interference" in U.S. Patent No. 6,263,222 means "the calculated oxygen saturation is accurate enough for the purposes of which the calculation is being employed."

The parties stipulate that the term "significantly free of an influence" in U.S. Patent No. 7,215,984 means "the calculated oxygen saturation is accurate enough for the purposes of which the calculation is being employed."

The parties stipulate that the term "spectral" in U.S. Patent Nos. 6,699,194 and 6,122,535 means "frequency-related."

The parties stipulate that the term "pulsation" in U.S. Patent No. 5,448,991 means "discrete, entire pulse."

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

POTTER ANDERSON & CORROON LLP

*/s/ Jeremy A. Tigan*
_____

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
Jeremy A. Tigan (#5239)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jtigan@mnat.com

Joseph R. Re
Douglas G. Muehlhauser
Jon W. Gurka
Perry D. Oldham
Michelle E. Armond
KNOBBE, MARTENS, OLSON
 & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
(949) 760-0404

M. Laurence Popofsky
Robert A. Rosenfeld
Scott A. Westrich
ORRICK, HERRINGTON
 & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
(415) 773-5700

*Attorneys for Plaintiff, Masimo Corporation*

October 19, 2010
3835324

*/s/ David E. Moore*
_____

Richard L. Horwitz (#2246)
David E. Moore (#3983)
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
dmoore@potteranderson.com

Alan M. Grimaldi
Alan M. Wiseman
Brian A. Rosenthal
C. Scott Hataway
Clinton H. Brannon
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004

*Attorneys for Defendants, Philips
Electronics North America Corporation
and Philips Medizin Systeme Böblingen
Gmbh*