# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MASIMO CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 09-80-LPS-MPT |
| ) | |
| PHILIPS ELECTRONICS NORTH AMERICA ) | |
| CORPORATION and PHILIPS MEDIZIN ) | |
| SYSTEME BÖBLINGEN GMBH, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| PHILIPS ELECTRONICS NORTH AMERICA ) | |
| CORPORATION, ) | |
| ) | |
| Counterclaim Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MASIMO CORPORATION, ) | |
| ) | |
| Counterclaim Defendant. ) | |

**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**

Due to witness scheduling conflicts, the depositions of several fact witnesses cannot be completed before the May 2, 2011 deadline to complete fact discovery. Accordingly, the parties respectfully request that the Court extend the deadline for fact discovery to complete the depositions of these witnesses. This extension of the deadline for fact discovery does not extend the deadline for the parties to serve additional written discovery. Due to the extension of the deadline for fact discovery, the parties also have extended the deadlines for dispositive motions and expert discovery.

IT IS HEREBY STIPULATED by Plaintiff and Defendants, subject to the approval of the Court, that the Scheduling Order entered by the Court on May 12, 2010

approving the parties' proposed scheduling order (D.I. 104), as amended by docket entries 159, 160, 177, and 216 be further amended, as indicated in the table below.

| Event | Previous Date | Amended Date |
|---|---|---|
| Deadline for Fact Discovery | May 2, 2011 | June 2, 2011 (does not extend deadline to serve additional written discovery) |
| Opening Dispositive Motion Briefs | June 15, 2011 (or 45 days after final entry by Judge Stark of a Markman Order, if later) | July 15, 2011 (or 45 days after final entry by Judge Stark of a Markman Order, if later) |
| Opening Expert Reports | June 15, 2011 (or 45 days after final entry by Judge Stark of a Markman Order, if later) | July 15, 2011 (or 45 days after final entry by Judge Stark of a Markman Order, if later) |
| Answering Dispositive Motion Briefs | | August 15, 2011 (or 30 days after Opening Dispositive Motion Briefs) |
| Rebuttal Expert Reports | July 15, 2011 (or 75 days after final entry by Judge Stark of a Markman Order, if later) | August 30, 2011 (or 90 days after final entry by Judge Stark of a Markman Order, if later) |
| Reply Dispositive Motion Briefs | | September 6, 2011 (or 21 days after Answering Dispositive Motion Briefs) |
| Deadline for Expert Discovery | August 15, 2011 (or 105 days after final entry by Judge Stark of a Markman Order, if later) | October 3, 2011 (or 120 days after final entry by Judge Stark of a Markman Order, if later) |

No other modification is made to any remaining provision or deadline in the case schedule.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Julia Heaney* <br> Jack B. Blumenfeld (#1014) <br> Julia Heaney (#3052) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE  19899 <br> Tel:  (302) 658-9200 <br> jblumenfeld@mnat.com <br> jheaney@mnat.com | By: */s/ David E. Moore* <br> Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE  19801 <br> Tel:  (302) 984-6000 <br> rhorwitz@potteranderson.com <br> dmoore@potteranderson.com |
| *Attorneys for Plaintiff* <br> *Masimo Corporation* | *Attorneys for Defendants* <br> *Philips Electronics North America Corporation* <br> *and Philips Medizin Systeme Böblingen Gmbh* |

**IT IS SO ORDERED** this _____ day of_____, 2011.

_____
J.