IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MASIMO CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 09-80 (LPS/MPT) |
| | ) | CONSOLIDATED |
| PHILIPS ELECTRONICS NORTH | ) | |
| AMERICA CORPORATION and PHILIPS | ) | **DEMAND FOR JURY TRIAL** |
| MEDIZIN SYSTEME BÖBLINGEN GMBH, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| MASIMO CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-742 (LPS/MPT) |
| | ) | |
| PHILIPS ELECTRONICS NORTH | ) | |
| AMERICA CORPORATION and PHILIPS | ) | |
| MEDIZIN SYSTEME BÖBLINGEN GMBH, | ) | |
| | ) | |
| Defendants. | ) | |

**MASIMO'S ANSWER TO PHILIPS' COUNTERCLAIMS TO
MASIMO'S SECOND AMENDED COMPLAINT**

Plaintiff and Counterdefendant Masimo Corporation ("Masimo") hereby responds to

Defendant and Counterclaimant Philips Electronics North America Corporation's ("Philips")

Counterclaims to Masimo's Second Amended Complaint dated May 11, 2012 (D.I. 43)

("Philips' Counterclaims").   The numbered paragraphs below correspond to the numbered

paragraphs in Philips' Counterclaims.

**JURISDICTION AND VENUE**

43.    Masimo admits that Philips purports to assert counterclaims under the Federal

Declaratory Judgment Act, seeking declaratory judgments under the patent laws of the United

States, United States Code Title 35, that the patents asserted by Masimo are invalid, unenforceable, and not infringed.  However, Masimo denies that Philips has valid claims.

44.     Masimo admits that the Court has subject matter jurisdiction over Philips' purported counterclaims.

45.     Masimo admits that the Court has personal jurisdiction over Masimo.

46.     Masimo admits that venue is proper in this district.

## THE PARTIES

47.     Upon information and belief, Masimo admits that Philips is a Delaware corporation having its principal place of business at 3000 Minuteman Road, Andover, Massachusetts 01810.

48.     Masimo admits that it is a Delaware corporation having its principal place of business at 40 Parker, Irvine, California 92618.

## ANSWER TO COUNTERCLAIM 1:
## DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '955 PATENT

49.     Masimo incorporates herein and realleges its responses to Paragraphs 43 through 48 of Philips' Counterclaims.

50.     Masimo admits the allegations in Paragraph 50 of Philips' Counterclaims.

51.     Masimo admits the allegations in Paragraph 51 of Philips' Counterclaims.

52.     Masimo denies the allegations in Paragraph 52 of Philips' Counterclaims.

53.     Masimo avers that the allegations of Paragraph 53 of Philips' Counterclaims constitute legal contentions and conclusions to which no response is required.  To the extent that a response to the allegations of Paragraph 53 of Philips' Counterclaims is required, Masimo denies them.

## ANSWER TO COUNTERCLAIM 2:
## DECLARATORY JUDGMENT OF INVALIDITY OF THE '955 PATENT

54.   Masimo incorporates herein and realleges its responses to Paragraphs 43 through 53 of Philips' Counterclaims.

55.   Masimo admits the allegations in Paragraph 55 of Philips' Counterclaims.

56.   Masimo denies the allegations in Paragraph 56 of Philips' Counterclaims.

57.   Masimo avers that the allegations of Paragraph 57 of Philips' Counterclaims constitute legal contentions and conclusions to which no response is required.  To the extent that a response to the allegations of Paragraph 57 of Philips' Counterclaims is required, Masimo denies them.

## ANSWER TO COUNTERCLAIM 3:
## DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '400 PATENT

58.   Masimo incorporates herein and realleges its responses to Paragraphs 43 through 57 of Philips' Counterclaims.

59.   Masimo admits the allegations in Paragraph 59 of Philips' Counterclaims.

60.   Masimo admits the allegations in Paragraph 60 of Philips' Counterclaims.

61.   Masimo denies the allegations in Paragraph 61 of Philips' Counterclaims.

62.   Masimo avers that the allegations of Paragraph 62 of Philips' Counterclaims constitute legal contentions and conclusions to which no response is required.  To the extent that a response to the allegations of Paragraph 62 of Philips' Counterclaims is required, Masimo denies them.

## ANSWER TO COUNTERCLAIM 4:
## DECLARATORY JUDGMENT OF INVALIDITY OF THE '400 PATENT

63.   Masimo incorporates herein and realleges its responses to Paragraphs 43 through 62 of Philips' Counterclaims.

64.     Masimo admits the allegations in Paragraph 64 of Philips' Counterclaims.

65.     Masimo denies the allegations in Paragraph 65 of Philips' Counterclaims.

66.     Masimo avers that the allegations of Paragraph 66 of Philips' Counterclaims constitute legal contentions and conclusions to which no response is required.  To the extent that a response to the allegations of Paragraph 66 of Philips' Counterclaims is required, Masimo denies them.

### ANSWER TO COUNTERCLAIM 5:
### DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '572 PATENT

67.     Masimo incorporates herein and realleges its responses to Paragraphs 43 through 66 of Philips' Counterclaims.

68.     Masimo admits the allegations in Paragraph 68 of Philips' Counterclaims.

69.     Masimo admits the allegations in Paragraph 69 of Philips' Counterclaims.

70.     Masimo denies the allegations in Paragraph 70 of Philips' Counterclaims.

71.     Masimo avers that the allegations of Paragraph 71 of Philips' Counterclaims constitute legal contentions and conclusions to which no response is required.  To the extent that a response to the allegations of Paragraph 71 of Philips' Counterclaims is required, Masimo denies them.

### ANSWER TO COUNTERCLAIM 6:
### DECLARATORY JUDGMENT OF INVALIDITY OF THE '572 PATENT

72.     Masimo incorporates herein and realleges its responses to Paragraphs 43 through 71 of Philips' Counterclaims.

73.     Masimo admits the allegations in Paragraph 73 of Philips' Counterclaims.

74.     Masimo denies the allegations in Paragraph 74 of Philips' Counterclaims.

75.     Masimo avers that the allegations of Paragraph 75 of Philips' Counterclaims constitute legal contentions and conclusions to which no response is required.  To the extent that

4

a response to the allegations of Paragraph 75 of Philips' Counterclaims is required, Masimo denies them.

## ANSWER TO PRAYER FOR RELIEF

Masimo denies that Philips is entitled to any relief on Philips' Counterclaims.

## PRAYER FOR RELIEF

WHEREFORE, Masimo prays for judgment in its favor and against Philips for the following relief:

A.    That Philips take nothing from its Counterclaims, that judgment be entered in favor of Masimo, and that all claims against Masimo be dismissed with prejudice;

B.    That Masimo be awarded its costs incurred in defense of this action; and

C.    For such other and further relief as the Court deems just and proper.

## JURY DEMAND

Masimo requests a jury trial for those issues so triable herein.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*

_____

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jheaney@mnat.com
  *Attorneys for Plaintiff, Masimo Corporation*

OF COUNSEL:

Joseph R. Re
Karen Vogel Weil
Jon W. Gurka
Perry D. Oldham
Michelle E. Armond
KNOBBE, MARTENS, OLSON
   & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
(949) 760-0404

M. Laurence Popofsky
Robert A. Rosenfeld
Scott A. Westrich
ORRICK, HERRINGTON
   & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
(415) 773-5700

June 4, 2012
5946800

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2012, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused to be served copies of the foregoing document on June 4, 2012, upon the following in the manner indicated:

## BY ELECTRONIC MAIL

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951

Alan M. Grimaldi
Brian A. Rosenthal
Ann Marie Phillips
Brian K. Andrea
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC  20006

Steven Yovits
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL  60606

*/s/ Julia Heaney*

Julia Heaney (#3052)