IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MASIMO CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 09-80 (LPS/MPT) |
| ) | CONSOLIDATED |
| PHILIPS ELECTRONICS NORTH ) | |
| AMERICA CORPORATION and PHILIPS ) | |
| MEDIZIN SYSTEME BÖBLINGEN GMBH, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| MASIMO CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-742 (LPS/MPT) |
| ) | |
| PHILIPS ELECTRONICS NORTH ) | |
| AMERICA CORPORATION and PHILIPS ) | |
| MEDIZIN SYSTEME BÖBLINGEN GMBH, ) | |
| ) | |
| Defendants. ) | |

**MASIMO'S MOTION FOR SUMMARY JUDGMENT OF
<u>NON-INFRINGEMENT AND INVALIDITY OF U.S. PATENT 6,122,535</u>**

Pursuant to Fed. R. Civ. P. 56, Plaintiff Masimo Corporation moves for summary judgment of non-infringement and invalidity of Claim 1 of U.S. Patent No. 6,122,535 (the "'535 Patent") asserted by Defendant Philips Electronics North America Corporation. Masimo's Motion is supported by Masimo's Opening Brief and by the Declarations of Gail D. Baura, Ph.D., and Perry D. Oldham filed herewith.

- 2 -

OF COUNSEL:

Joseph R. Re
Karen Vogel Weil
James F. Lesniak
Jon W. Gurka
Perry D. Oldham
Michelle E. Armond
KNOBBE, MARTENS, OLSON
  & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
(949) 760-0404

August 14, 2012
6230949

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*

---

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jheaney@mnat.com
  *Attorneys for Plaintiff, Masimo Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MASIMO CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 09-80 (LPS/MPT) |
| ) | CONSOLIDATED |
| PHILIPS ELECTRONICS NORTH ) | |
| AMERICA CORPORATION and PHILIPS ) | |
| MEDIZIN SYSTEME BÖBLINGEN GMBH, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| MASIMO CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-742 (LPS/MPT) |
| ) | |
| PHILIPS ELECTRONICS NORTH ) | |
| AMERICA CORPORATION and PHILIPS ) | |
| MEDIZIN SYSTEME BÖBLINGEN GMBH, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING MASIMO'S MOTION FOR SUMMARY JUDGMENT OF
NON-INFRINGEMENT AND INVALIDITY OF U.S. PATENT 6,122,535**

The Court, having considered Plaintiff Masimo Corporation's Motion for Summary Judgment of Non-Infringement and Invalidity of U.S. Patent 6,122,535 ("Motion for Summary Judgment of the '535 Patent"), and good cause being shown therefore,

IT IS HEREBY ORDERED, this _____ day of _____, 2012, that the Motion for Summary Judgment of the '535 Patent is hereby granted.

_____
J.

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2012, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused to be served copies of the foregoing document on August 14, 2012, upon the following in the manner indicated:

### BY ELECTRONIC MAIL

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951 | Alan M. Grimaldi<br>Brian A. Rosenthal<br>Ann Marie Duffy<br>Brian K. Andrea<br>MAYER BROWN LLP<br>1999 K Street, N.W.<br>Washington, DC 20006<br><br>Steven Yovits<br>MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606 |

*/s/ Julia Heaney*

Julia Heaney (#3052)