# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MASIMO CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 09-80-LPS-MPT |
| v. ) | (Consolidated) |
| ) | |
| PHILIPS ELECTRONICS NORTH AMERICA ) | **JURY TRIAL DEMANDED** |
| CORPORATION and PHILIPS MEDIZIN ) | |
| SYSTEME BÖBLINGEN GMBH, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF INVALIDITY AND NONINFRINGEMENT OF U.S. PATENT NO. 7,215,984

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants Philips Electronics North America Corporation and Philips Medizin Systeme Böblingen GmbH (collectively, "Defendants") respectfully move for summary judgment of Invalidity and Noninfringement of U.S. Patent No. 7,215,984. The reasons for this motion are set forth in detail in the accompanying Opening Brief in Support of Defendants' Motion For Summary Judgment of Invalidity and Noninfringement

For the reasons set forth in the Opening Brief, the motion should be granted.

| | |
|---|---|
| OF COUNSEL | POTTER ANDERSON & CORROON LLP |
| | |
| Alan M. Grimaldi | By: */s/ David E. Moore* |
| Brian A. Rosenthal | Richard L. Horwitz (#2246) |
| Ann Marie Duffy | David E. Moore (#3983) |
| MAYER BROWN LLP | Hercules Plaza, 6th Floor |
| 1999 K St. NW | 1313 N. Market Street |
| Washington DC 20006 | Wilmington, DE 19801 |
| Tel: (202) 263-3000 | Tel: (302) 984-6000 |
| | rhorwitz@potteranderson.com |
| Steven Yovits | dmoore@potteranderson.com |
| MAYER BROWN LLP | pbalapura@potteranderson.com |
| 71 South Wacker Drive | |
| Chicago, IL 60606 | |
| Tel: (312) 782-0600 | |

Dated: August 14, 2012
1070959 / 33976

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on August 14, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on August 14, 2012, the attached document was Electronically Mailed to the following person(s):

Jack B. Blumenfeld
Julia Heaney
Jeremy A. Tigan
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
jheaney@mnat.com
jtigan@mnat.com

Joseph R. Re
Jon W. Gurka
Perry Oldham
Stephen Larson
Michelle Armond
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
jre@kmob.com
jgurka@kmob.com
poldham@kmob.com
stephen.larson@kmob.com
michelle.armond@kmob.com

Karen Vogel Weil
Knobbe, Martens, Olson & Bear, LLP
10100 Santa Monica Boulevard, Suite 1600
Los Angeles, CA 90067
kweil@kmob.com

M. Laurence Popofsky
Robert A. Rosenfeld
Scott A. Westrich
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
lpopofsky@orrick.com
rrosenfeld@orrick.com
swestrich@orrick.com

907271 / 33976

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

2