**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MASIMO CORPORATION,  )<br>  )<br>      Plaintiff,  )<br>  )<br>  )<br>v.  )<br>  )<br>PHILIPS ELECTRONICS NORTH  )<br>AMERICA CORPORATION and PHILIPS  )<br>MEDIZIN SYSTEME BÖBLINGEN GMBH,  )<br>  )<br>      Defendants.  )<br>  )<br>MASIMO CORPORATION,  )<br>  )<br>      Plaintiff,  )<br>  )<br>v.  )<br>  )<br>PHILIPS ELECTRONICS NORTH  )<br>AMERICA CORPORATION and PHILIPS  )<br>MEDIZIN SYSTEME BÖBLINGEN GMBH,  )<br>  )<br>      Defendants.  ) | C.A. No. 09-80 (LPS/MPT)<br>CONSOLIDATED<br><br>**REDACTED<br>PUBLIC VERSION**<br><br><br><br><br><br><br><br><br><br><br><br><br>C.A. No. 11-742 (LPS/MPT) |

**DECLARATION OF GAIL BAURA, Ph.D. IN SUPPORT OF MASIMO'S OPPOSITION
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF
<u>INVALIDITY OF U.S. PATENT NO. 6,263,222</u>**

OF COUNSEL:

Joseph R. Re
Karen Vogel Weil
James F. Lesniak
Jon W. Gurka
Perry D. Oldham
Michelle E. Armond
KNOBBE, MARTENS, OLSON
  & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
(949) 760-0404

Original Filing Date:  September 21, 2012
Redacted Filing Date:  September 28, 2012

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jheaney@mnat.com
  *Attorneys for Plaintiff, Masimo Corporation*

# REDACTED IN ITS ENTIRETY

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2012, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused to be served copies of the foregoing document on September 28, 2012, upon the following in the manner indicated:

## BY ELECTRONIC MAIL

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951

Alan M. Grimaldi
Brian A. Rosenthal
Ann Marie Duffy
Brian K. Andrea
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC  20006

Steven Yovits
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL  60606

*/s/ Julia Heaney*

Julia Heaney (#3052)