IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MASIMO CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 09-80 (LPS/MPT) |
| | ) | CONSOLIDATED |
| PHILIPS ELECTRONICS NORTH AMERICA CORPORATION and PHILIPS MEDIZIN SYSTEME BÖBLINGEN GMBH, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| MASIMO CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-742 (LPS/MPT) |
| | ) | |
| PHILIPS ELECTRONICS NORTH AMERICA CORPORATION and PHILIPS MEDIZIN SYSTEME BÖBLINGEN GMBH, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## **JOINT SUBMISSION PURSUANT TO JANUARY 23, 2013 ORDER (D.I. 647)**

Pursuant to the Court's January 23, 2013 Order, the parties have met and conferred and submit this joint submission to propose the due dates requested by the Court.

| Event | Previous Date | Amended Date |
|---|---|---|
| Masimo shall identify no more than thirty (30) claims that are representative of the asserted claims in Masimo's patents | N/A | Tuesday, 1/29/2013 |
| Philips shall identify no more than forty (40) asserted prior art references with invalidity contentions and charts for each reference | N/A | Friday, 2/15/2013 |

| Event | Previous Date | Amended Date |
|---|---|---|
| The parties shall submit a Joint Claim Construction Chart identifying no more than twenty (20) claim terms from all of the asserted patents for the Court to construe | N/A | Wednesday, 2/21/2013 |
| Opening *Markman* briefs | Monday, 2/4/13 | Friday, 3/15/2013 |
| Responsive *Markman* briefs | Monday, 3/4/13 | Monday, 4/15/2013 |
| *Markman* hearing | Wednesday, 3/20/13 | To be determined |

No other modification is made to any remaining provision or deadline in the case schedule.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Julia Heaney*
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com
   *Attorneys for Plaintiff*

OF COUNSEL:

Joseph R. Re
Karen Vogel Weil
James F. Lesniak
Jon W. Gurka
Perry D. Oldham
Michelle E. Armond
KNOBBE, MARTENS, OLSON
   & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
(949) 760-0404

February 6, 2013
6988469

POTTER ANDERSON & CORROON LLP

/s/ *David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
   *Attorneys for Defendants*

OF COUNSEL:

Alan M. Grimaldi
Brian A. Rosenthal
Ann Marie Duffy
Brian K. Andrea
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006

Steven Yovits
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606