**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MASIMO CORPORATION, | ) | C.A. No. 09-80 (LPS) |
| | ) | |
| Plaintiff, | ) | **DEMAND FOR JURY TRIAL** |
| | ) | |
| v. | ) | |
| | ) | |
| PHILIPS ELECTRONICS NORTH AMERICA CORPORATION and PHILIPS MEDIZIN SYSTEME BÖBLINGEN GMBH, | ) ) ) ) | |
| Defendants. | ) ) | |

**PHILIPS' PROPOSED VERDICT FORM**

# MASIMO PATENTS

## INVALIDITY – ANTICIPATION

1. Has Philips proven by clear and convincing evidence that the following claims of Masimo's patents are invalid as anticipated by the prior art?

|  |  | Yes (For Philips) | No (For Masimo) |
|---|---|---|---|
| '222 Patent | Claim 17 |  |  |
|  | Claim 18 |  |  |
| '984 Patent | Claim 1 |  |  |
|  | Claim 2 |  |  |
|  | Claim 3 |  |  |
|  | Claim 4 |  |  |
|  | Claim 5 |  |  |
|  | Claim 15 |  |  |
|  | Claim 19 |  |  |
|  | Claim 20 |  |  |
|  | Claim 22 |  |  |
|  | Claim 52 |  |  |
|  | Claim 53 |  |  |

# MASIMO PATENTS

## INVALIDITY – OBVIOUSNESS

2.  Has Philips proven by clear and convincing evidence that the following claims of Masimo's patents are invalid for obviousness based on the prior art?

|  |  | Yes<br>(For Philips) | No<br>(For Masimo) |
|---|---|---|---|
| '984 Patent | Claim 16 |  |  |
|  | Claim 54 |  |  |

## MASIMO PATENTS

## INVALIDITY – WRITTEN DESCRIPTION

3.    Has Philips proven by clear and convincing evidence that the following claims of Masimo's patents are invalid for failing to satisfy the written description requirement?

|  |  | Yes<br>(For Philips) | No<br>(For Masimo) |
|---|---|---|---|
| '222 Patent | Claim 17 |  |  |
|  | Claim 18 |  |  |
| '984 Patent | Claim 1 |  |  |
|  | Claim 2 |  |  |
|  | Claim 3 |  |  |
|  | Claim 4 |  |  |
|  | Claim 5 |  |  |
|  | Claim 15 |  |  |
|  | Claim 16 |  |  |
|  | Claim 19 |  |  |
|  | Claim 20 |  |  |
|  | Claim 22 |  |  |
|  | Claim 52 |  |  |
|  | Claim 53 |  |  |
|  | Claim 54 |  |  |

# MASIMO PATENTS

## INVALIDITY – ENABLEMENT

**4.** Has Philips proven by clear and convincing evidence that the following claims of the '984 Patent are invalid as not enabled?

|  |  | Yes (For Philips) | No (For Masimo) |
|---|---|---|---|
| '222 Patent | Claim 17 | | |
| | Claim 18 | | |
| '984 Patent | Claim 1 | | |
| | Claim 2 | | |
| | Claim 3 | | |
| | Claim 4 | | |
| | Claim 5 | | |
| | Claim 15 | | |
| | Claim 16 | | |
| | Claim 19 | | |
| | Claim 20 | | |
| | Claim 22 | | |
| | Claim 52 | | |
| | Claim 53 | | |
| | Claim 54 | | |

## MASIMO PATENTS

### INVALIDITY – INDEFINITENESS

**5.**    Has Philips proven by clear and convincing evidence that the following claims of the '984 Patent are invalid as indefinite?

|  |  | Yes (For Philips) | No (For Masimo) |
|---|---|---|---|
| '222 Patent | Claim 17 |  |  |
| '984 Patent | Claim 5 |  |  |
|  | Claim 22 |  |  |

## **MASIMO PATENTS**

### DAMAGES

*Complete this Section (questions 6-8) only if there is at least one claim for which you did not answer "YES" to any of questions 1-5 above. (that is, you found that such claim or claims are not invalid).*

6.  Has Masimo proven by a preponderance of the evidence that no acceptable non-infringing substitutes were available to Philips, and that Masimo is entitled to lost profits damages?

    YES _____          NO _____

7.  If you answered yes to questions 6, what is the total amount of damages, including lost profits damages, to which Masimo is entitled as compensation for Philips' infringement of the '222 Patent and/or the '984 Patent?

    $ _____

8.  If you answered no to question 6, what is the total amount of reasonable royalty damages to which Masimo is entitled as compensation for Philips' infringement of the '222 Patent and/or the '984 Patent?

    $ _____

## PHILIPS PATENTS

## DIRECT INFRINGEMENT

9. Has Philips proven by a preponderance of the evidence that Masimo literally infringed the following claims of the Philips Patent?

|  |  | Yes (For Philips) | No (For Masimo) |
|---|---|---|---|
| '074 Patent | Claim 1 |  |  |
|  | Claim 5 |  |  |

10. Has Philips proven by a preponderance of the evidence that Masimo infringed the following claims of the Philips Patent under the doctrine of equivalents?

|  |  | Yes (For Philips) | No (For Masimo) |
|---|---|---|---|
| '074 Patent | Claim 1 |  |  |
|  | Claim 5 |  |  |

## PHILIPS PATENTS

### INDIRECT INFRINGEMENT

11. Has Philips proven by a preponderance of the evidence that Masimo has induced infringement of the following claims of the Philips patent?

|  |  | Yes<br>(For Philips) | No<br>(For Masimo) |
|---|---|---|---|
| '074 Patent | Claim 1 |  |  |
|  | Claim 5 |  |  |

12. Has Philips proven by a preponderance of the evidence that Masimo has contributed to the infringement of the following claims of the Philips patent?

|  |  | Yes<br>(For Philips) | No<br>(For Masimo) |
|---|---|---|---|
| '074 Patent | Claim 1 |  |  |
|  | Claim 5 |  |  |

## PHILIPS PATENTS

### INVALIDITY – ANTICIPATION

13. Has Masimo proven by clear and convincing evidence that the following claims of Philips' patents are invalid as anticipated by the prior art?

|  |  | Yes<br>(For Masimo) | No<br>(For Philips) |
|---|---|---|---|
| '074 Patent | Claim 1 |  |  |
|  | Claim 5 |  |  |

## PHILIPS PATENTS

### INVALIDITY – OBVIOUSNESS

14. Has Masimo proven by clear and convincing evidence that the following claims of Philips' patents are invalid for obviousness based on the prior art?

|  |  | Yes<br>(For Masimo) | No<br>(For Philips) |
|---|---|---|---|
| '074 Patent | Claim 1 |  |  |
|  | Claim 5 |  |  |

## PHILIPS PATENTS

## INVALIDITY – WRITTEN DESCRIPTION

**15.** Has Masimo proven by clear and convincing evidence that the following claims of the '074 Patent are invalid for failing to satisfy the written description requirement?

|  |  | Yes<br>(For Masimo) | No<br>(For Philips) |
|---|---|---|---|
| '074 Patent | Claim 1 |  |  |
|  | Claim 5 |  |  |

## PHILIPS PATENTS

### DAMAGES

*Complete this Section if:*

*(a) you answered "YES" for any part of questions 9-12 above (that is, you found that Masimo infringed one or more claims of the '535 Patent or '074 Patent)*

*AND*

*(b) with respect to any such infringed claim or claims, you did not answer "YES" to any of questions 13-15 above (that is, you found that such infringed claim or claims are not invalid).*

16. What is the total amount of reasonable royalty damages to which Philips is entitled as compensation for Masimo's infringement of the '535 and/or the '074 Patent?

$ _____

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL

By: */s/ David E. Moore*
   Richard L. Horwitz (#2246)

Alan M. Grimaldi
Brian A. Rosenthal
Ann Marie Duffy
MAYER BROWN LLP
1999 K St. NW
Washington DC 20006
Tel:  (202) 263-3000

   David E. Moore (#3983)
   Hercules Plaza, 6th Floor
   1313 N. Market Street
   Wilmington, DE  19801
   Tel:  (302) 984-6000
   rhorwitz@potteranderson.com
   dmoore@potteranderson.com

Steven Yovits
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600

*Attorneys for Philips Electronics North America Corporation and Philips Medizin Systeme Böblingen GmbH*

Dated:  August 25, 2014