IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MASIMO CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 09-80 (LPS) |
| | ) |
| PHILIPS ELECTRONICS NORTH | ) |
| AMERICA CORPORATION and PHILIPS | ) |
| MEDIZIN SYSTEME BÖBLINGEN GMBH, | ) |
| | ) |
| Defendants. | ) |

## MASIMO'S PROPOSED VERDICT FORM

Pursuant to D. Del. Local Rule 51.1, Masimo Corporation submits its proposed verdict form.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*

———————————————————

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com
  *Attorneys for Plaintiff, Masimo Corporation*

OF COUNSEL:

Joseph R. Re
Karen Vogel Weil
Jon W. Gurka
Perry D. Oldham
KNOBBE, MARTENS, OLSON
  & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
(949) 760-0404

August 25, 2014

8483697.1

## MASIMO PATENTS

## INVALIDITY – ANTICIPATION

1.  Has Philips proven by clear and convincing evidence that the following claims of Masimo's patents are invalid as anticipated?

|  |  | Yes (For Philips) | No (For Masimo) |
|---|---|---|---|
| '222 Patent | Claim 17 |  |  |
|  | Claim 18 |  |  |
| '984 Patent | Claim 1 |  |  |
|  | Claim 2 |  |  |
|  | Claim 3 |  |  |
|  | Claim 4 |  |  |
|  | Claim 5 |  |  |
|  | Claim 15 |  |  |
|  | Claim 16 |  |  |
|  | Claim 19 |  |  |
|  | Claim 20 |  |  |
|  | Claim 22 |  |  |
|  | Claim 52 |  |  |
|  | Claim 53 |  |  |
|  | Claim 54 |  |  |

# MASIMO PATENTS

## INVALIDITY – OBVIOUSNESS

2. Has Philips proven by clear and convincing evidence that the following claims of Masimo's '984 Patent is invalid for obviousness?

|  |  | Yes (For Philips) | No (For Masimo) |
|---|---|---|---|
| '984 Patent | Claim 16 |  |  |
|  | Claim 54 |  |  |

## MASIMO PATENTS

## INVALIDITY – WRITTEN DESCRIPTION

3. Has Philips proven by clear and convincing evidence that the following claims of Masimo's patents are invalid for failing to satisfy the written description requirement?

|  |  | Yes (For Philips) | No (For Masimo) |
|---|---|---|---|
| '222 Patent | Claim 17 |  |  |
|  | Claim 18 |  |  |
| '984 Patent | Claim 1 |  |  |
|  | Claim 15 |  |  |
|  | Claim 16 |  |  |
|  | Claim 19 |  |  |
|  | Claim 20 |  |  |
|  | Claim 22 |  |  |

## MASIMO PATENTS

### INVALIDITY – ENABLEMENT

**4.** Has Philips proven by clear and convincing evidence that the following claims of Masimo's patents are invalid as not enabled?

|  |  | Yes (For Philips) | No (For Masimo) |
|---|---|---|---|
| '222 Patent | Claim 17 |  |  |
|  | Claim 18 |  |  |
| '984 Patent | Claim 1 |  |  |
|  | Claim 15 |  |  |
|  | Claim 16 |  |  |
|  | Claim 19 |  |  |
|  | Claim 20 |  |  |
|  | Claim 22 |  |  |

# MASIMO PATENTS

## DAMAGES

*Complete this Section if you answered "NO" to all or parts of questions 1-4 above so that one or more of the infringed claims are not invalid.*

5. What is the total amount of damages to which Masimo is entitled as compensation for Philips' infringement of the '222 Patent and/or the '984 Patent?

$ _____

## PHILIPS PATENTS

## LITERAL INFRINGEMENT

6.  Has Philips proven by a preponderance of the evidence that Masimo literally infringed the following claims of Philips' '074 Patent?

|  |  | Yes (For Philips) | No (For Masimo) |
|---|---|---|---|
| '074 Patent | Claim 1 |  |  |
|  | Claim 5 |  |  |

# PHILIPS PATENTS

## INFRINGEMENT UNDER THE DOCTRINE OF EQUIVALENTS

7. Has Philips proven by a preponderance of the evidence that Masimo infringed the following claims of Philips' '074 Patent under the doctrine of equivalents?

|  |  | Yes (For Philips) | No (For Masimo) |
|---|---|---|---|
| '074 Patent | Claim 1 |  |  |
|  | Claim 5 |  |  |

## PHILIPS PATENTS

### INVALIDITY – ANTICIPATION

8.      Has Masimo proven by clear and convincing evidence that the following claims of Philips' '074 Patent are invalid as anticipated?

|  |  | Yes (For Masimo) | No (For Philips) |
|---|---|---|---|
| '074 Patent | Claim 1 |  |  |
|  | Claim 5 |  |  |

## PHILIPS PATENTS

## INVALIDITY – OBVIOUSNESS

9. Has Masimo proven by clear and convincing evidence that the following claims of Philips' '074 Patent are invalid for obviousness?

|  |  | Yes (For Masimo) | No (For Philips) |
|---|---|---|---|
| '074 Patent | Claim 1 |  |  |
|  | Claim 5 |  |  |

## PHILIPS PATENTS

### INVALIDITY – WRITTEN DESCRIPTION

**10.** Has Masimo proven by clear and convincing evidence that the following claims of Philips' '074 Patent are invalid for failing to satisfy the written description requirement?

|  |  | Yes<br>(For Masimo) | No<br>(For Philips) |
|---|---|---|---|
| '074 Patent | Claim 1 |  |  |
|  | Claim 5 |  |  |

# PHILIPS PATENTS

## DAMAGES

*Complete this Section only if:*

*(a) you answered "YES" for any part of question 6 or 7 above (that is, you found that Masimo infringed one or more claims of the '074 Patent)*

*AND*

*(b) with respect to any such infringed claim or claims, you answered "NO" to questions 8-10 above (that is, you found that such infringed claim or claims are not invalid).*

11. What is the total amount of reasonable royalty damages to which Philips is entitled as compensation for Masimo's infringement of the '074 Patent?

$ _____

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2014, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused to be served copies of the foregoing document on August 25, 2014, upon the following in the manner indicated:

### BY ELECTRONIC MAIL

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951

Alan M. Grimaldi
Brian A. Rosenthal
Ann Marie Duffy
Brian K. Andrea
Clinton H. Brannon
John X. Zhu
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC  20006

Steven Yovits
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL  60606

*/s/ Julia Heaney*

Julia Heaney (#3052)