

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

**David E. Moore**
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

August 26, 2014

**VIA ELECTRONIC FILING**

The Honorable Leonard P. Stark
The United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re:    *Masimo Corp. v. PENAC, et al.*, C.A. No. 09-80-LPS

Dear Chief Judge Stark:

    Pursuant to the Court's August 25, 2014 Oral Order (D.I. 839), Masimo Corporation and Philips Electronics North America Corporation ("the Parties") jointly write to advise the Court of potential scheduling concerns related to the upcoming trial.

    Generally, the Parties and their witnesses do not have any substantial conflicts with the trial schedule set forth in D.I. 839, and expect to be able to try the case as reflected in that schedule.

    However, the Parties anticipate that some potential witnesses may be unavailable to testify during certain days of trial. Accordingly, the Parties anticipate that certain witnesses who are not available throughout the three-week trial period may need to be presented out of order. The Parties have agreed to work with each other as necessary to accommodate such witness schedules, provided that the Court approves.

    In addition, the Parties request that, in view of the Yom Kippur holiday, the trial should end by 12:00 pm on Friday October 3, 2014. However, the parties do not expect the trial to last up to that date.

    Finally, Philips has agreed to drop its assertion of the '535 Patent in exchange for Masimo agreeing that it will not object to the admissibility of evidence pertaining to Philips' development story leading to the issuance of that patent. The Parties have documented the further details of that agreement in separate correspondence. Accordingly, the Parties will file shortly an agreed order of dismissal with prejudice for the '535 Patent.

    Based on the dismissal of the '535 Patent, the Parties also agree that Masimo's motion *in limine* regarding Dr. Ochroch is moot, and thus does not require resolution by the Court.

The Honorable Leonard P. Stark
August 26, 2014
Page 2

Respectfully,

*/s/ David E. Moore*

David E. Moore

DEM:nmt
1163853/33976

cc: Clerk of the Court (via hand delivery)
     Counsel of Record (by electronic mail)