# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MASIMO CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 09-80-LPS-MPT |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| PHILIPS ELECTRONICS NORTH AMERICA | ) |
| CORPORATION and PHILIPS MEDIZIN | ) |
| SYSTEME BÖBLINGEN GMBH, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO AMEND ANSWER AND ADD COUNTERCLAIM PLAINTIFF WITH REQUEST FOR EXPEDITED BRIEFING

Pursuant to Federal Rules of Civil Procedure 15(a), and Local Rule 15.1, Defendants Philips Electronics North America Corporation and Philips Medizin Systeme Boblingen Gmbh (collectively "Philips") respectfully move to amend their Answer to Masimo's Complaint to add to add Koninklijke Philips N.V. ("Royal Philips ") as Counterclaim-plaintiff for Counterclaims 36-41 and request that the amended counterclaims relate back to the original Counterclaims 36-41. The grounds for this motion are set forth in the accompanying brief in support.

Pursuant to Local Rule 15.1, Philips' proposed amended pleading is attached hereto as Exhibit A, and a form of the amended pleading underlining the materials to be added is attached hereto as Exhibit B.

Given the proximity of trial, Philips respectfully request expedited briefing on this Motion.

Counsel met and conferred on this Motion; Masimo indicated that Philips should "assume Masimo will oppose."

- 2 -

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL | By: */s/ Bindu A. Palapura* |
|  | Richard L. Horwitz (#2246) |
| Alan M. Grimaldi | David E. Moore (#3983) |
| Brian A. Rosenthal | Bindu A. Palapura (#5370) |
| Ann Marie Duffy | Hercules Plaza, 6th Floor |
| Brian K. Andrea | 1313 N. Market Street |
| MAYER BROWN LLP | Wilmington, DE 19801 |
| 1999 K St. NW | Tel: (302) 984-6000 |
| Washington DC 20006 | rhorwitz@potteranderson.com |
| Tel: (202) 263-3000 | dmoore@potteranderson.com |
|  | bpalapura@potteranderson.com |
| Steven Yovits |  |
| MAYER BROWN LLP | *Attorneys for Defendants* |
| 71 South Wacker Drive |  |
| Chicago, IL 60606 |  |
| Tel: (312) 782-0600 |  |

Dated: September 4, 2014
1164866/33976

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, Bindu A. Palapura, hereby certify that on September 4, 2014, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on September 4, 2014, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Jack B. Blumenfeld<br>Julia Heaney<br>Jeremy A. Tigan<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>jblumenfeld@mnat.com<br>jheaney@mnat.com<br>jtigan@mnat.com | Joseph R. Re<br>Jon W. Gurka<br>Perry Oldham<br>Stephen Larson<br>Michelle Armond<br>Payson LeMeilleur<br>Knobbe, Martens, Olson & Bear, LLP<br>2040 Main Street<br>Fourteenth Floor<br>Irvine, CA 92614<br>jre@knobbe.com<br>jgurka@knobbe.com<br>poldham@knobbe.com<br>stephen.larson@knobbe.com<br>michelle.armond@knobbe.com<br>payson.lemeilleur@knobbe.com |
| Karen Vogel Weil<br>Brian C. Horne<br>Mark D. Kachner<br>Knobbe, Martens, Olson & Bear, LLP<br>10100 Santa Monica Boulevard, Suite 1600<br>Los Angeles, CA 90067<br>kweil@knobbe.com<br>brian.horne@knobbe.com<br>mark.kachner@knobbe.com | Adam B. Powell<br>Knobbe, Martens, Olson & Bear, LLP<br>12790 El Camino Real<br>San Diego, CA 92130<br>adam.powell@knobbe.com |

M. Laurence Popofsky
Robert A. Rosenfeld
Scott A. Westrich
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
lpopofsky@orrick.com
rrosenfeld@orrick.com
swestrich@orrick.com

By: */s/ Bindu A. Palapura*
Richard L. Horwitz
David E. Moore
Bindu A. Palapura
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

907271 / 33976

5