# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MASIMO CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 09-80-LPS |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| PHILIPS ELECTRONICS NORTH AMERICA | ) |
| CORPORATION and PHILIPS MEDIZIN | ) |
| SYSTEME BÖBLINGEN GMBH, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE
## AS TO CERTAIN CLAIMS AND COUNTERCLAIMS

Pursuant to Federal Rules of Civil Procedure 41(a)(2) and (c), Plaintiff Masimo Corporation ("Masimo") and Defendants Philips Electronics North America Corporation and Philips Medizin Systeme Boblingen Gmbh (collectively "Philips") hereby move for an order dismissing the following claims and counterclaims:

1. Counterclaim 44 of Defendants' Answer and Philips Electronics North America Corporation's Amended Counterclaims to Masimo's First Amended Complaint (D.I. 91) (also pled as Counterclaim 40 of Defendants' First Amended Answer and Philips Electronics North America Corporation's Second Amended Counterclaims to Masimo's First Amended Complaint (D.I. 855) ("INFRINGEMENT OF THE '535 PATENT");

2. Counterclaim 19 of Masimo's Answer to Philips' Amended Counterclaims (D.I. 102) ("DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '535 PATENT"); and

3. Counterclaim 20 of Masimo's Answer to Philips' Amended Counterclaims (D.I. 102) ("DECLARATORY JUDGMENT OF INVALIDITY OF THE '535 PATENT").

2

These dismissals are WITH PREJUDICE, except to the extent Masimo modifies the products accused of infringing U.S. Patent No. 6,122,535 to add features that were accused of infringing that patent in this lawsuit but removed during the course of this lawsuit, in which case the dismissals will be WITHOUT PREJUDICE as to such newly modified products.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
| By: */s/ Julia Heaney* <br> Jack B. Blumenfeld (#1014) <br> Julia Heaney (#3052) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> Tel: (302) 658-9200 <br> jblumenfeld@mnat.com <br> jheaney@mnat.com | By: */s/ David E. Moore* <br> Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> Bindu A. Palapura (#5370) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> Tel: (302) 984-6000 <br> rhorwitz@potteranderson.com <br> dmoore@potteranderson.com <br> bpalapura@potteraderson.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| Dated: September 12, 2014 | |

**IT IS SO ORDERED** this ___ day of _____, 2014

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　U.S.D.J.

1165773 / 33976