# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE  19899-1347

(302) 658-9200
(302) 658-3989 FAX

JULIA HEANEY
(302) 351-9221
(302) 425-3004 FAX
jheaney@mnat.com

September 15, 2014

**BY E-FILING**

The Honorable Judge Leonard P. Stark
United States District Court
   for the District of Delaware
844 N. King Street
Wilmington, DE  19801

      Re:   *Masimo Corporation v. Philips Electronics North America Corporation et al.*
            C.A. No. 09-80 (LPS-MPT)

Dear Chief Judge Stark:

Pursuant to the Pretrial Order in this case, Paragraph VI.D., we write to inform you of the remaining objection to be resolved regarding one segment of testimony from a witness Masimo intends to call by deposition on Wednesday, September 17, 2014.

Hedwig Blank:  Masimo has designated the following testimony from the November 4, 2010 deposition of Hedwig Blank, a Philips employee, to which Philips maintains the following objections:

| Masimo's Designations | Philips' Objections | Masimo's Response |
| --- | --- | --- |
| 57:14 – 58:14 | 802 – double hearsay | The underlying statement is not being offered for the truth of the matter asserted, rather for the customer's state of mind.  Blank reiterating another Philips employee's statement is a party admission, and also not offered for the truth, but for Philips' state of mind. |

Chief Judge Leonard P. Stark
September 15, 2014
Page 2

                                                   Respectfully,

                                                   */s/ Julia Heaney*

                                                 Julia Heaney (#3052)

JH:rah

cc:    Clerk of Court (*by hand delivery*)
        All Counsel of Record (*by e-mail*)

8528783