IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MASIMO CORPORATION, ) | C.A. No. 09-80 (LPS) |
| ) | |
| Plaintiff, ) | **DEMAND FOR JURY TRIAL** |
| ) | |
| v. ) | |
| ) | |
| PHILIPS ELECTRONICS NORTH ) | |
| AMERICA CORPORATION and PHILIPS ) | |
| MEDIZIN SYSTEME BÖBLINGEN GMBH, ) | |
| ) | |
| Defendants. ) | |

## VERDICT FORM

## MASIMO PATENTS

### INVALIDITY – ANTICIPATION

**1.** Has Philips proven by clear and convincing evidence that the following claims of Masimo's patents are invalid as anticipated?

|  |  | Yes (For Philips) | No (For Masimo) |
|---|---|---|---|
| '222 Patent | Claim 17 |  |  |
|  | Claim 18 |  |  |
| '984 Patent | Claim 1 |  |  |
|  | Claim 2 |  |  |
|  | Claim 3 |  |  |
|  | Claim 4 |  |  |
|  | Claim 5 |  |  |
|  | Claim 15 |  |  |
|  | Claim 19 |  |  |
|  | Claim 20 |  |  |
|  | Claim 22 |  |  |
|  | Claim 52 |  |  |
|  | Claim 53 |  |  |

-2-

## MASIMO PATENTS

### INVALIDITY – OBVIOUSNESS

2. Has Philips proven by clear and convincing evidence that the following claims of Masimo's '984 Patent are invalid for obviousness based on the prior art?

|  |  | Yes (For Philips) | No (For Masimo) |
|---|---|---|---|
| '984 Patent | Claim 16 |  |  |
|  | Claim 54 |  |  |

## MASIMO PATENTS

### INVALIDITY – WRITTEN DESCRIPTION

3. Has Philips proven by clear and convincing evidence that the following claims of Masimo's patents are invalid for failing to satisfy the written description requirement?

|  |  | Yes (For Philips) | No (For Masimo) |
|---|---|---|---|
| '222 Patent | Claim 17 |  |  |
|  | Claim 18 |  |  |
| '984 Patent | Claim 1 |  |  |
|  | Claim 2 |  |  |
|  | Claim 3 |  |  |
|  | Claim 4 |  |  |
|  | Claim 5 |  |  |
|  | Claim 15 |  |  |
|  | Claim 16 |  |  |
|  | Claim 19 |  |  |
|  | Claim 20 |  |  |
|  | Claim 22 |  |  |
|  | Claim 52 |  |  |
|  | Claim 53 |  |  |
|  | Claim 54 |  |  |

## MASIMO PATENTS

### INVALIDITY – ENABLEMENT

4. Has Philips proven by clear and convincing evidence that the following claims of Masimo's patents are invalid as not enabled?

|  |  | Yes (For Philips) | No (For Masimo) |
|---|---|---|---|
| '222 Patent | Claim 17 |  |  |
|  | Claim 18 |  |  |

## MASIMO PATENTS

### INVALIDITY – INDEFINITENESS

5. Has Philips proven by clear and convincing evidence that the following claims of Masimo's patents are invalid as indefinite?

|  |  | Yes (For Philips) | No (For Masimo) |
|---|---|---|---|
| '222 Patent | Claim 17 |  |  |
| '984 Patent | Claim 5 |  |  |

## MASIMO PATENTS

### DAMAGES

*Complete this Section (questions 6 & 7) only if there is at least one claim for which you did not answer "YES" to any of questions 1-5 above (that is, you found that such claim or claims are not invalid).*

6.  Has Masimo proven by a preponderance of the evidence that Nonin PureSAT is not an acceptable non-infringing substitute available to Philips?

    YES _____     NO _____

7.  What is the total amount of damages to which Masimo is entitled as compensation for Philips' infringement of the '222 Patent and/or the '984 Patent?

    $ _____

# PHILIPS PATENT

## LITERAL INFRINGEMENT

8. Has Philips proven by a preponderance of the evidence that Masimo has literally infringed the following claims of the Philips Patent?

|  |  | Yes (For Philips) | No (For Masimo) |
|---|---|---|---|
| '074 Patent | Claim 1 |  |  |
|  | Claim 5 |  |  |

# PHILIPS PATENT

## INDIRECT INFRINGEMENT

9. Has Philips proven by a preponderance of the evidence that Masimo has induced infringement of the following claims of the Philips patent?

|  |  | Yes (For Philips) | No (For Masimo) |
|---|---|---|---|
| '074 Patent | Claim 1 |  |  |
|  | Claim 5 |  |  |

10. Has Philips proven by a preponderance of the evidence that Masimo has contributed to the infringement of the following claims of the Philips patent?

|  |  | Yes (For Philips) | No (For Masimo) |
|---|---|---|---|
| '074 Patent | Claim 1 |  |  |
|  | Claim 5 |  |  |

## PHILIPS PATENT

### DAMAGES

*Complete this Section if you answered "YES" for any part of questions 8-10 above (that is, you found that Masimo infringed one or more claims of the '074 Patent).*

**11.** What is the total amount of reasonable royalty damages to which Philips is entitled as compensation for Masimo's infringement of the '074 Patent?

$ _____

Signed this _____ day of _____, 2014.

_____  _____
Jury Foreperson

_____  _____

_____  _____