# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE  19899-1347

———

(302) 658-9200
(302) 658-3989 FAX

JULIA HEANEY
(302) 351-9221
(302) 425-3004 FAX
jheaney@mnat.com

September 30, 2014

**BY E-FILING**

The Honorable Leonard P. Stark
United States District Court
    for the District of Delaware
844 N. King Street
Wilmington, DE  19801

> Re: *Masimo Corporation v. Philips Electronics North America Corporation and Philips Medizin Systeme Böblingen GMBH, et al.,* C.A. No. 09-80 (LPS)

Dear Chief Judge Stark:

On behalf of all parties, I am filing the attached e-mails concerning final jury instructions and the verdict form that counsel sent to the Court following the charge conference yesterday, to make them of record.

Respectfully,

*/s/ Julia Heaney*

Julia Heaney (#3052)

JH:ncf
Attachments
cc:    Clerk of Court (*by hand delivery*)
       All Counsel of Record (*by e-mail*)
8563131