IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MASIMO CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 09-80 (LPS) |
| | ) |
| PHILIPS ELECTRONICS NORTH | ) |
| AMERICA CORPORATION and PHILIPS | ) |
| MEDIZIN SYSTEME BÖBLINGEN GMBH, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER TO EXTEND TIME

The Parties hereby stipulate and agree, subject to the approval of the Court, to an extension of time for Plaintiff Masimo Corporation to answer, move or otherwise respond to *Defendants' Second Amended Answer and Philips Electronics North America Corporation's Third Amended Counterclaims to Masimo's First Amended Complaint* to November 3, 2014.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Julia Heaney* | */s/ Richard L. Horwitz* |
| Jack B. Blumenfeld (#1014) | Richard L. Horwitz (#2246) |
| Julia Heaney (#3052) | David E. Moore (#3983) |
| 1201 N. Market Street | 1313 N. Market Street |
| P.O. Box 1347 | P.O. Box 951 |
| Wilmington, DE 19899-1347 | Wilmington, DE 19899-0951 |
| (302) 658-9200 | (302) 984-6000 |
| jheaney@mnat.com | dmoore@potteranderson.com |
| *Attorneys for Plaintiff, Masimo Corporation* | *Attorneys for Defendants, Philips Electronics North America Corporation and Philips Medizin Systeme Böblingen Gmbh* |

October 1, 2014

SO ORDERED this _____ day of _____, 2014.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

8559851