## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MASIMO CORPORATION, | ) C.A. No. 09-80 (LPS) |
| Plaintiff, | ) **DEMAND FOR JURY TRIAL** |
| v. | ) |
| PHILIPS ELECTRONICS NORTH AMERICA CORPORATION and PHILIPS MEDIZIN SYSTEME BÖBLINGEN GMBH, | ) |
| Defendants. | ) |

## VERDICT FORM

## MASIMO PATENTS

## INVALIDITY – ANTICIPATION

1.   Has Philips proven by clear and convincing evidence that the following claims of Masimo's patents are invalid as anticipated?

|   |   | Yes (For Philips) | No (For Masimo) |
|---|---|---|---|
| '222 Patent | Claim 17 |  | ✓ |
|  | Claim 18 |  | ✓ |
| '984 Patent | Claim 1 |  | ✓ |
|  | Claim 2 |  | ✓ |
|  | Claim 3 |  | ✓ |
|  | Claim 4 |  | ✓ |
|  | Claim 5 |  | ✓ |
|  | Claim 15 |  | ✓ |
|  | Claim 19 |  | ✓ |
|  | Claim 20 |  | ✓ |
|  | Claim 22 |  | ✓ |
|  | Claim 52 |  | ✓ |
|  | Claim 53 |  | ✓ |

-2-

## MASIMO PATENTS

### INVALIDITY – OBVIOUSNESS

2. Has Philips proven by clear and convincing evidence that the following claims of Masimo's '984 Patent are invalid for obviousness based on the prior art?

|  |  | Yes (For Philips) | No (For Masimo) |
|---|---|---|---|
| '984 Patent | Claim 16 |  | ✓ |
|  | Claim 54 |  | ✓ |

## MASIMO PATENTS

## INVALIDITY – WRITTEN DESCRIPTION

3. Has Philips proven by clear and convincing evidence that the following claims of Masimo's patents are invalid for failing to satisfy the written description requirement?

|  |  | Yes<br>(For Philips) | No<br>(For Masimo) |
|---|---|---|---|
| '222 Patent | Claim 17 |  | ✓ |
|  | Claim 18 |  | ✓ |
| '984 Patent | Claim 1 |  | ✓ |
|  | Claim 2 |  | ✓ |
|  | Claim 3 |  | ✓ |
|  | Claim 4 |  | ✓ |
|  | Claim 5 |  | ✓ |
|  | Claim 15 |  | ✓ |
|  | Claim 16 |  | ✓ |
|  | Claim 19 |  | ✓ |
|  | Claim 20 |  | ✓ |
|  | Claim 22 |  | ✓ |
|  | Claim 52 |  | ✓ |
|  | Claim 53 |  | ✓ |
|  | Claim 54 |  | ✓ |

## MASIMO PATENTS

## INVALIDITY – ENABLEMENT

4. Has Philips proven by clear and convincing evidence that the following claims of Masimo's patents are invalid as not enabled?

|  |  | Yes (For Philips) | No (For Masimo) |
|---|---|---|---|
| '222 Patent | Claim 17 |  | ✓ |
|  | Claim 18 |  | ✓ |

## MASIMO PATENTS

## INVALIDITY – INDEFINITENESS

5. Has Philips proven by clear and convincing evidence that the following claims of Masimo's patents are invalid as indefinite?

|  |  | Yes (For Philips) | No (For Masimo) |
|---|---|---|---|
| '222 Patent | Claim 17 |  | ✓ |
| '984 Patent | Claim 5 |  | ✓ |

-5-

## MASIMO PATENTS

### DAMAGES

*Complete this Section (questions 6 & 7) only if there is at least one claim for which you did not answer "YES" to any of questions 1-5 above (that is, you found that such claim or claims are not invalid).*

6.  Has Masimo proven by a preponderance of the evidence that Nonin PureSAT is not an acceptable non-infringing substitute available to Philips?

    YES ___✓___          NO _____

7.  What is the total amount of damages to which Masimo is entitled as compensation for Philips' infringement of the '222 Patent and/or the '984 Patent?

    $ __466,774,783.00__

## PHILIPS PATENT

## LITERAL INFRINGEMENT

**8.** Has Philips proven by a preponderance of the evidence that Masimo has literally infringed the following claims of the Philips Patent?

|  |  | Yes<br>(For Philips) | No<br>(For Masimo) |
|---|---|---|---|
| '074 Patent | Claim 1 |  | ✓ |
|  | Claim 5 |  | ✓ |

## PHILIPS PATENT

## INDIRECT INFRINGEMENT

**9.** Has Philips proven by a preponderance of the evidence that Masimo has induced infringement of the following claims of the Philips patent?

|  |  | Yes<br>(For Philips) | No<br>(For Masimo) |
|---|---|---|---|
| '074 Patent | Claim 1 |  | ✓ |
|  | Claim 5 |  | ✓ |

**10.** Has Philips proven by a preponderance of the evidence that Masimo has contributed to the infringement of the following claims of the Philips patent?

|  |  | Yes<br>(For Philips) | No<br>(For Masimo) |
|---|---|---|---|
| '074 Patent | Claim 1 |  | ✓ |
|  | Claim 5 |  | ✓ |