IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MASIMO CORPORATION, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 09-80-LPS |
| PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, ET AL., | : |
| Defendants. | : |

## ORDER

At Wilmington this 7th day of **October, 2014**.

IT IS HEREBY ORDERED that lunch shall be furnished for eight (8) jurors engaged in the above captioned case on September 16, 2014, September 17 2014, September 18, 2014, September 19, 2014, September 22, 2014, September 24, 2014, September 29, 2014, September 30, 2014, and October 1, 2014.

_____
UNITED STATES DISTRICT JUDGE