IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MASIMO CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 09-80 (LPS) |
| | ) |
| PHILIPS ELECTRONICS NORTH | ) |
| AMERICA CORPORATION and PHILIPS | ) |
| MEDIZIN SYSTEME BÖBLINGEN GMBH, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**JOINT PROPOSED ORDER REGARDING CASE SCHEDULE**

Plaintiff Masimo Corporation ("Masimo") and Defendants Philips Electronics North America Corporation and Philips Medizin Systeme Boblingen GmbH (collectively "Philips"), pursuant to the Court's order (D.I. 920) propose the following schedule for post-trial briefing:

| Event | Date |
|---|---|
| Opening briefs for post-trial motions | 11/21/2014 |
| Answering briefs for post-trial motions | 12/23/2014 |
| Reply briefs for post-trial motions | 1/16/2015 |

The parties further propose the following schedule for filings made in connection with the upcoming bench trial:

| Event | Date |
|---|---|
| Exchange witness lists and exhibit lists | 1/12/2015 |
| Exchange marked trial exhibits | 1/14/2015 |
| Philips to provide Masimo with initial draft of Pretrial Conference Order | 1/16/2015 |
| Exchange initial deposition designations | 1/19/2015 |
| Exchange objections to exhibit lists | 1/21/2015 |

| Event | Date |
|---|---|
| Exchange objections to deposition designations and counter designations | 1/23/2015 |
| Masimo to provide revisions to Pretrial Conference Order | 1/23/2015 |
| Exchange non-common sections of Pretrial Conference Order | 1/26/2015 |
| Exchange objections to deposition counter designations | 1/28/2015 |
| Exchange final draft of Pretrial Conference Order | 1/30/2015 |
| File Proposed Pretrial Conference Order | 2/2/2015 |
| Pretrial Conference[1] | 2/9/2015 |
| Trial | 2/11/2015 – 2/13/2015, 2/18/2015 |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jheaney@mnat.com
  *Attorneys for Plaintiff, Masimo Corporation*

POTTER ANDERSON & CORROON LLP

*/s/ David E. Moore*

Richard L. Horwitz (#2246)
David E. Moore (#3983)
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
dmoore@potteranderson.com
  *Attorneys for Defendants, Philips Electronics North America Corporation and Philips Medizin Systeme Böblingen Gmbh*

October 24, 2014

SO ORDERED this _____ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The parties suggest holding the Pretrial Conference on February 9, 2015 if it is conducted in person.  However, the parties agree to hold the Pretrial Conference on any date if it is to be conducted telephonically.