IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MASIMO CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PHILIPS ELECTRONICS NORTH AMERICA )<br>CORPORATION and PHILIPS MEDIZIN )<br>SYSTEME BÖBLINGEN GMBH, )<br>)<br>Defendants. ) | C.A. No. 09-80-LPS<br><br>**JURY TRIAL DEMANDED** |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of William C. Rooklidge of Gibson, Dunn & Crutcher LLP, 3161 Michelson Drive, Suite 1200, Irvine, CA 92612 to represent Defendants Philips Electronics North America Corporation and Philips Medizin Systeme Böblingen GmbH in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ Richard L. Horwitz
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

Dated: January 7, 2015
1177090 / 39976

*Attorneys for Defendants Philips Electronics North America Corporation and Philips Medizin Systeme Böblingen GmbH*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                                    _____
                                                                                 United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: January 7, 2015         Signed: */s/ William C. Rooklidge*
                                      William C. Rooklidge
                                      Gibson, Dunn & Crutcher LLP
                                      3161 Michelson Drive
                                      Suite 1200
                                      Irvine, CA  92612
                                      Tel:  (949) 451-4009
                                      wrooklidge@gibsondunn.com