

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984 6000
www.potteranderson.com

**David E. Moore**
Partner
Attorney at Law
dmoore@potteranderson.com
302  984-6147 Direct Phone
302  658-1192 Fax

January 29, 2015

**VIA ELECTRONIC FILING**

The Honorable Chief Judge Leonard Stark
The United States District Court
    for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re:    *Masimo Corp. v. PENAC, at al.*, C.A. No. 09-80-LPS

Dear Chief Judge Stark:

      Philips and Masimo respectfully request guidance from the Court regarding scheduling of the upcoming bench trial and oral argument regarding Philips' post-trial motions in this litigation. While the Court scheduled the bench trial and oral arguments to occur on February 11-13, 2015 and February 18-20, 2015 (*see* D.I. 920; D.I. 924 at 2), the Court did not indicate the order in which the bench trial and arguments will occur.  The parties' proposals are set forth below. While ordinarily this might be something raised at the pretrial hearing, Philips has several witnesses with other commitments that are looking to firm up schedules.  The parties are also trying to minimize expenses for equipment and war room space by firming up the dates when such things will be needed.  Thus, the parties thought it prudent to seek the Court's guidance in advance.

      Philips proposes that the Court proceed first with the bench trial (evidence to be concluded February 13, at the latest), followed by oral argument regarding post-trial motions. Philips believes this arrangement is preferable because it ensures the bench trial will conclude during the first week, which in turn ensures that witnesses, equipment, personnel, and trial war room space only need to be reserved for the first week (concluding February 13, 2015).

      Masimo agrees the parties should finish the bench trial by February 13, at the latest.  As for oral argument, Masimo is agreeable to whatever approach is most convenient for the Court. Thus, Masimo does not oppose Philips' request that oral argument follow the bench trial.  To maximize efficiency, the Court could combine such oral argument with closing argument on the bench trial and schedule such argument to take place after the parties submit proposed findings of fact and conclusions of law.  However, Masimo is amenable to whatever course the Court thinks is best, and Masimo is ready to proceed with oral argument on February 18-20 should the Court adopt Philips' proposal and find any of those dates convenient.

    Philips and Masimo are available at the Court's convenience to discuss these issues if helpful to the Court.

Respectfully,

*/s/ David E. Moore*

David E. Moore

DEM:nmt/1179777 / 33976

cc:    Clerk of the Court (via hand delivery)
        Counsel of Record (by electronic mail)