# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

Julia Heaney
(302) 351-9221
(302) 425-3004 FAX
jheaney@mnat.com

February 19, 2015

**BY E-FILING AND HAND DELIVERY**

The Honorable Leonard P. Stark
United States District Court
   for the District of Delaware
844 N. King Street
Wilmington, DE 19801

        Re: *Masimo Corporation v. Philips Electronics North America Corporation and Philips Medizin Systeme Böblingen GMBH, et al.,* C.A. No. 09-80 (LPS)

Dear Chief Judge Stark:

        On behalf of Masimo Corp., I write concerning a statement made by Philips' counsel at the end of yesterday's argument on post-trial motions. Philips' counsel stated that Masimo's CEO, Joe Kiani, "walked right by me and he said something profane about the ruling that clearly indicated that it was heard, which doesn't need to be repeated," 2/18/15 Tr. at 210:9-11. Mr. Kiani emphatically denies this false and unsupported accusation, and is willing to submit a declaration, should the Court desire. Contrary to Philips' allegation, Mr. Kiani said nothing regarding the Court's ruling, much less something that could be considered profane. None of Masimo's attorneys heard any such statement. Notably, Philips never made this allegation during the jury trial or at any time when Mr. Kiani was present to refute it. Masimo respectfully requests that the Court disregard Philips' counsel's unsupported accusation.

        Respectfully,

        */s/ Julia Heaney*

        Julia Heaney (#3052)

JH:ncf

The Honorable Leonard P. Stark
February 19, 2015
Page 2


cc:    Clerk of Court (*by hand delivery*)
        All Counsel of Record (*by e-mail*)

8910265