

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984 6000
www.potteranderson.com

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302  984-6027 Direct Phone
302  658-1192 Fax

February 20, 2015

**VIA ELECTRONIC FILING**

The Honorable Leonard P. Stark
The United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re: *Masimo Corp. v. PENAC, at al.*, C.A. No. 09-80-LPS

Dear Chief Judge Stark:

We have received Ms. Heaney's letter of last night, and although Mr. Rosenthal is fully prepared to submit a declaration to support the statement he made in Court on February 18, Philips does not object to the Court disregarding or striking the statement from the record.

Respectfully,

*/s/ Richard L. Horwitz*

Richard L. Horwitz

RLH:nmt/1181961 / 33976

cc: Clerk of the Court (via hand delivery)
    Counsel of Record (by electronic mail)