IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MASIMO CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 09-80 (LPS) |
| PHILIPS ELECTRONICS NORTH | ) |
| AMERICA CORPORATION and PHILIPS | ) |
| MEDIZIN SYSTEME BÖBLINGEN GMBH, | ) |
| | ) |
| Defendants. | ) |

**MASIMO CORPORATION'S MOTION FOR JUDGMENT
ON THE PLEADINGS PURSUANT TO FED. R. CIV. P. 12(c)**

Pursuant to Fed. R. Civ. P. 12(c), Plaintiff Masimo Corporation hereby moves for Judgment on the Pleadings as to Defendants' Philips Electronics North America Corporation and Philips Medizin Systeme Böblingen's Tenth Defense of Patent Misuse. Masimo's Motion is supported by Masimo's Opening Brief filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com

*Attorneys for Plaintiff, Masimo Corporation*

OF COUNSEL:

Joseph R. Re
Karen Vogel Weil
Jon W. Gurka
Perry D. Oldham
KNOBBE, MARTENS, OLSON
 & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
(949) 760-0404

February 21, 2015
8909570

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2015, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused to be served copies of the foregoing document on February 21, 2015, upon the following in the manner indicated:

### BY ELECTRONIC MAIL

Richard L. Horwitz
David E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

Alan M. Grimaldi
Brian A. Rosenthal
Ann Marie Duffy
Brian K. Andrea
Clinton H. Brannon
John X. Zhu
Cody I. Gillians
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006

Steven Yovits
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606

Sasha Mayergoyz
JONES DAY
77 West Wacker Drive
Chicago, IL 60601

*/s/ Julia Heaney*
Julia Heaney (#3052)