# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MASIMO CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 09-80-LPS |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| PHILIPS ELECTRONICS NORTH AMERICA ) | |
| CORPORATION and PHILIPS MEDIZIN ) | |
| SYSTEME BÖBLINGEN GMBH, ) | |
| ) | |
| Defendants. ) | |

## REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. LR 7.1.4, Defendants Philips Electronics North America Corporation and Philips Medizin Systeme Böblingen GmbH respectfully request oral argument on Masimo Corporation's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(c) (D.I. 972).

| OF COUNSEL | POTTER ANDERSON & CORROON LLP |
|---|---|
| Alan M. Grimaldi | |
| Brian A. Rosenthal | By:  */s/ Richard L. Horwitz* |
| Ann Marie Duffy | Richard L. Horwitz (#2246) |
| Clinton H. Brannon | David E. Moore (#3983) |
| Brian K. Andrea | Bindu A. Palapura (#5370) |
| Cody I. Gillians | Hercules Plaza, 6th Floor |
| MAYER BROWN LLP | 1313 N. Market Street |
| 1999 K St. NW | Wilmington, DE  19801 |
| Washington DC 20006 | Tel:  (302) 984-6000 |
| Tel:  (202) 263-3000 | rhorwitz@potteranderson.com |
| | dmoore@potteranderson.com |
| Steven Yovits | bpalapura@potteraderson.com |
| MAYER BROWN LLP | |
| 71 South Wacker Drive | *Attorneys for Defendants Philips Electronics North* |
| Chicago, IL 60606 | *America Corporation and Philips Medizin Systeme* |
| Tel: (312) 782-0600 | *Böblingen GmbH* |

Dated:  March 2, 2015
1182406 / 33976