# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**LEONARD P. STARK**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
UNIT 26
WILMINGTON, DE 19801-3556

April 15, 2015

Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, Delaware 19899

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 North Market Street
Wilmington, Delaware 19809

RE: *Masimo Corp. v. Philips Electronics N. Am. Corp. et al.*,
C.A. No. 09-80-LPS

Dear Counsel:

Unfortunately, I have not yet completed my review of the pending matters (i.e., post-trial motions, inequitable conduct, and the motion for judgment on the pleadings). My current expectation is that I will issue an opinion or opinions resolving these matters no later than June 1, 2015.

In light of the above, it is not necessary for you to file the joint status report that I had previously indicated you should file by April 15. However, if you wish to file a status report, today or in the near future, you may do so.

Sincerely,

/s/ Leonard P. Stark

Honorable Leonard P. Stark
United States District Judge
District of Delaware