# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MASIMO CORPORATION, | : |
| Plaintiff, | : |
| v. | : C.A. No. 09-80-LPS |
| PHILIPS ELECTRONIC NORTH AMERICA CORPORATION and PHILIPS MEDIZIN SYSTEME BÖBLINGEN GMBH, | : |
| Defendants. | : |

## ORDER

At Wilmington this **18th** day of **May, 2015**,

IT IS HEREBY ORDERED that:

1. Plaintiff Masimo Corporation's motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) (D.I. 972) is DENIED.

2. Defendants Philips Electronic North American Corporation and Philips Medizin Systeme Böblingen GMBH's motion for leave to file sur-reply brief in opposition to Masimo Corporation's reply brief in support of its motion for judgment on the pleadings (D.I. 986) is GRANTED.

3. The parties shall meet and confer and jointly submit, no later than June 1, 2015, their proposal(s) for how this case should now proceed, including on what schedule.

_____
UNITED STATES DISTRICT JUDGE