IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MASIMO CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 09-80 (LPS) |
| PHILIPS ELECTRONICS NORTH | ) |
| AMERICA CORPORATION and PHILIPS | ) |
| MEDIZIN SYSTEME BÖBLINGEN GMBH, | ) |
| | ) |
| Defendants. | ) |

**STIPULATED MOTION FOR PARTIAL DISMISSAL
AS TO CERTAIN CLAIMS AND COUNTERCLAIMS**

Pursuant to Federal Rules of Civil Procedure 41(a)(2) and (c), Plaintiff Masimo Corporation ("Masimo") and Defendants Philips Electronics North America Corporation and Philips Medizin Systeme Böblingen GmbH (collectively "Philips") hereby move for an order dismissing the following claims and counterclaims:

1. Second Claim for Relief of Masimo's First Amended Complaint for Patent Infringement (D.I. 012) ("INFRINGEMENT OF THE '952 PATENT"), with prejudice;

2. Counterclaim 10 of Philips' Second Amended Answer and Third Amended Counterclaims to Masimo's First Amended Complaint (D.I. 884) ("DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '952 PATENT"), without prejudice; and

3. Counterclaim 11 of Philips' Second Amended Answer and Third Amended Counterclaims to Masimo's First Amended Complaint (D.I. 884) ("DECLARATORY JUDGMENT OF INVALIDITY OF THE '952 PATENT"), without prejudice.

Each party shall bear its own costs, expenses, and attorneys' fees associated with the claims and counterclaims dismissed herein.

2

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Julia Heaney* | */s/ David E. Moore* |
| Jack B. Blumenfeld (#1014)<br>Julia Heaney (#3052)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jheaney@mnat.com<br>  *Attorneys for Plaintiff, Masimo Corporation* | Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>dmoore@potteranderson.com<br>  *Attorneys for Defendants, Philips Electronics North America Corporation and Philips Medizin Systeme Böblingen Gmbh* |
| OF COUNSEL:<br><br>Joseph R. Re<br>Karen Vogel Weil<br>Jon W. Gurka<br>Perry D. Oldham<br>KNOBBE, MARTENS, OLSON<br>  & BEAR, LLP<br>2040 Main Street<br>Fourteenth Floor<br>Irvine, CA 92614<br>(949) 760-0404 | OF COUNSEL:<br><br>Alan M. Grimaldi<br>Brian A. Rosenthal<br>Ann Marie Duffy<br>Brian K. Andrea<br>Clinton H. Brannon<br>John X. Zhu<br>Cody I. Gillians<br>MAYER BROWN LLP<br>1999 K Street, N.W.<br>Washington, DC 20006<br><br>Steven Yovits<br>MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606<br><br>Sasha Mayergoyz<br>JONES DAY<br>77 West Wacker Drive<br>  Chicago, IL 60601 |

June 12, 2015

    SO ORDERED this _____ day of June, 2015.

                                           Honorable Leonard P. Stark
                                           United States District Court Judge