**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MASIMO CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 09-80-LPS |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| PHILIPS ELECTRONICS NORTH | ) | |
| AMERICA CORPORATION and PHILIPS | ) | |
| MEDIZIN SYSTEME BÖBLINGEN GMBH, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| MASIMO CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 11-742-LPS-MPT |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| PHILIPS ELECTRONICS NORTH | ) | |
| AMERICA CORPORATION and PHILIPS | ) | |
| MEDIZIN SYSTEME BÖBLINGEN GMBH, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION REGARDING JOINT PROPOSED
SCHEDULES FOR "*MASIMO II*" AND "*MASIMO III*"
AND DISCOVERY LIMITS FOR "*MASIMO III*"**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff

Masimo Corporation ("Masimo") and Defendants Philips Electronics North America

Corporation and Philips Medizin Systeme Böblingen GmbH (collectively "Philips"), subject to

the approval of the Court, that the case schedules in the *Masimo II* (the remaining patents) and

*Masimo III* (Philips' patent misuse defense and antitrust counterclaims) cases are set forth below:

*Masimo v. Philips II*
**Joint Proposed Schedule Regarding the Remaining Patents[1]**

| *Masimo II* Event | Deadline |
|---|---|
| Parties exchange a list of  supplemental claim terms/phrases that they believe need construction and/or terms/phrases they believe are indefinite | July 28, 2015 (already completed) |
| Parties exchange proposed construction of the disputed claim terms/phrases | August 7, 2015 (already completed) |
| Philips' Opening Brief regarding Claim Construction and Summary Judgment on  indefiniteness (25 pages) | August 18, 2015 |
| Masimo's Answering Brief (25 pages) | September 4, 2015 |
| Philips' Reply Brief (13 pages) | September 11, 2015 |
| Masimo's Sur-Reply Brief (5 pages) | September 14, 2015 |
| Parties file Joint Claim Construction Brief | September 15, 2015 |
| Parties file joint brief with remaining objections to previous *Markman* Report and Recommendation (D.I.  48) – no new arguments | September 15, 2015 |
| Hearing on claim construction | October 2, 2015 at 1pm |
| Parties to submit their positions on mediation, pursuant to Court's Oral Order dated July 27, 2015 (D.I. 1006 ('080 case); D.I. 74 ('742 case)) | 10 days from *Markman* Order |
| Opening Expert Reports | The earlier of:  (1) 30 days from *Markman* Order; or (2) February 26, 2016 |
| Rebuttal Expert Reports | 30 days from Opening Expert Reports |
| Reply Expert Reports | 21 days from Rebuttal Expert Reports |

---

[1] The "Remaining Patents" are: Masimo's U.S. Patent Nos. 6,157,850; 7,509,154; 7,530,949; 8,019,400; and Philips' U.S. Patent No. 5,337,745.

| *Masimo II* Event | Deadline |
|---|---|
| Close of Expert Discovery (including all depositions) | 30 days from Reply Expert Reports |
| Case Dispositive Motions; objections to expert testimony | 30 days from Close of Expert Discovery |
| Response to Case Dispositive Motions | 30 days from Opening Case Dispositive Motions |
| Reply to Response to Case Dispositive Motions | 30 days from Response to Case Dispositive Motions |
| Hearing regarding Case Dispositive Motions | 20 days from Reply regarding Case Dispositive Motions |
| Telephonic hearing regarding order, scope, and structure of *Masimo II* and *Masimo III* trials | September 15, 2016, subject to the Court's availability and if the Court deems it necessary |
| Pretrial Order | _____ (To be set by Court) |
| Pretrial Conference | _____ (To be set by Court) |
| Trial (10 days) | Q4 2016 (to be set by Court) |

*Masimo v. Philips III*
**Joint Proposed Schedule Regarding
Philips' Patent Misuse Defense and Antitrust Counterclaims**

| *Masimo III* Event | Deadline |
|---|---|
| Stay on antitrust and patent misuse discovery is lifted | July 23, 2015 |
| The parties shall make and/or supplement their initial disclosures under Fed. R. Civ. P. 26(a)(1) | August 7, 2015 |
| Production of documents shall be substantially complete | January 15, 2016 |
| Fact discovery cut-off | April 1, 2016 |
| Deadline for amendment of pleadings concerning antitrust and patent misuse claims | April 1, 2016 |
| Opening expert reports are due | April 29, 2016 |
| Rebuttal expert reports are due | May 30, 2016 |
| Reply expert reports are due | June 30, 2016 |
| Expert discovery cutoff including all depositions | July 22, 2016 |
| Case dispositive motions; objections to expert testimony | August 22, 2016 |
| Telephonic hearing regarding order, scope, and structure of *Masimo II* and *Masimo III* trials | September 15, 2016, subject to the Court's availability and if the Court deems it necessary |
| Oppositions to case dispositive motions | September 21, 2016 |
| Replies to case dispositive motions | October 12, 2016 |
| Hearing on case dispositive motions | November 1, 2016 |
| Pre-trial Order | _____ (To be set by Court) |
| Pre-trial Conference | _____ (To be set by Court) |

4

| *Masimo III* Event | Deadline |
|---|---|
| Trial | Q4 2016 (to be set by Court) |

IT IS FURTHER STIPULATED AND AGREED by the undersigned counsel for the

Parties, subject to the approval of the Court, that the following discovery limitations shall apply

in the *Masimo III* action:

1. Fact depositions:   175 hours per side, excluding experts.

2. Interrogatories:  35 total per side.

3. Requests for Admission: 50 per side.

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: _/s/ Julia Heaney_____
    Jack B. Blumenfeld (#1014)
    Julia Heaney (#3052)
    Jeremy A. Tigan (#5239)
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE  19899
    Tel:  (302) 6589200
    jblumenfeld@mnat.com
    jheaney@mnat.com
    jtigan@mnat.com
*Attorneys for Plaintiffs*

KNOBBE, MARTENS, OLSON & BEAR, LLP
Joseph R. Re
Jon W. Gurka
Perry Oldham
Stephen Larson
Michelle Armond
Payson LeMeilleur
Irvine, CA  92614
Tel:  (949) 760-0404

Karen Vogel Weil
Brian C. Horne
Mark D. Kachner
Los Angeles, CA  90067
Tel:  (310) 551-3450

Adam B. Powell
San Diego, CA  92130
Tel:  (858) 707-4000

M. Laurence Popofsky
Robert A. Rosenfeld
Scott A. Westrich
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel:  (415) 773-5700

Dated:  August 18, 2015
1198484 / 33976

POTTER ANDERSON & CORROON LLP

By: _/s/ Bindu A. Palapura_____
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Stephanie E. O'Byrne (#4446)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    sobyrne@potteranderson.com
*Attorneys for Defendants*

OF COUNSEL
Alan M. Grimaldi
Brian A. Rosenthal
Ann Marie Duffy
Clinton H. Brannon
Brian K. Andrea
Cody I. Gillians
John X. Zhu
MAYER BROWN LLP
1999 K St. NW
Washington DC 20006
Tel:  (202) 263-3000

Steven Yovits
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600

IT IS SO ORDERED this ____ day of _____, 2015.

_____

Chief Judge, U.S. District Court